# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

FILED
2003 JUN 24 A 11: 38
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| FRANK SEVER, JR., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.   3:02cv722 (AVC) |
| MORTON G. GLICKMAN, et al., | ) | Date of this Pleading: June 22, 2003 |
| Defendants. | ) | |

### Reply to Defendant's Opposition to Plaintiff's
### Rule 12(b)(6) and 12(b)(7) Motion to Dismiss and Motion to
### Exclude the Affidavits Defendant Attached to Said Opposition

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states his Reply to Defendant's Opposition to Plaintiff's Rule 12(b)(6) and Rule 12(b)(7) Motion to Dismiss[1] and Motion to Exclude the Affidavits Defendant Attached to Said Opposition as follows:

This document is in reply to defendant's Delcath Systems, Inc. (hereinafter sometimes referred to as "Delcath") document dated June 5, 2003

---

FILED 2003 P 3:38 U.S. DISTRICT COURT HARTFORD, CT.

3:02CV722(AVC). January 23, 2004. For the reasons articulated in this court's ruling on the plaintiff's motion to dismiss counterclaims, see Ruling on Motion to Dismiss Document No. 93 n.2, the plaintiff's motion to exclude affidavits (document no. 78) is GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.