# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

| | |
|---|---|
| FRANK SEVER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.   3:02cv722 (AVC) |
| ) | |
| MORTON G. GLICKMAN, *et al.*, ) | Date of this Pleading: February 5, 2004 |
| ) | |
| Defendants. ) | |

**Motion for Extension of Time to File Pre-Trial Statement**

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states his Motion for Extension of Time to File Pre-Trial Statement Order as follows:

1.   Sever hereby requests an extension of time until sixty days after this Court rules on Sever's pending motion to compel to file the Pre-Trial Statement in this action.

2.   The reason for this motion is to give Sever adequate time to prepare for trial after Sever has had an opportunity to review the documents that Sever has requested from the defendants.

3.   On February 5, 2004, defendants' counsel stated that they object to this motion.

1

4. WHEREFORE, plaintiff, Frank Sever, Jr., respectfully requests that this Honorable Court grant his Motion for Extension of Time to File Pre-Trial Statement.

Respectfully submitted,

_____
Peter Paul Mitrano (admitted *pro hac vice*)
Ct. Fed. Bar No.: 23733
Suite 201
581 Boylston Street
Boston, Massachusetts 02116
(617) 236-5655

Local Connecticut Counsel:

_____
Frank B. Velardi, Jr.
Ct. Fed. Bar No.: 07893
Lasala, Walsh, Wicklow & Velardi
168 Bradley Street
Post Office Box 1302
New Haven, Connecticut 06505-1302
(203) 785-8929
(203) 776-4663 (facsimile)

Attorneys for Plaintiff
Frank Sever, Jr.

Dated: February 5, 2004

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Motion for Extension of Time to File Pre-Trial Statement to be deposited with the United States Postal Service, postage prepaid for first-class mail, on this 5th day of February 2004 addressed to Joseph L. Clasen, Esquire and James M. Ruel, Esquire, Robinson & Cole LLP, Financial Centre, 695 East Main Street, Post Office Box 10305, Stamford, Connecticut 06904-2305.

_____
Peter Paul Mitrano