

FILED

2003 AUG 15 P 3:3

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK SEVER, JR., | : |
| Plaintiff, | : CIVIL ACTION NO.: 3:02CV722 (AVC) |
| v. | : |
| MORTON G. GLICKMAN, DELCATH SYSTEMS, INC., and STEPHEN E. FELDMAN, | : |
| Defendants. | : August 15, 2003 |

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL

Defendants, Dr. Morton G. Glickman ("Dr. Glickman"), DELCATH Systems Inc. ("Delcath") and Stephen E. Feldman ("Feldman"), (jointly "Defendants"), by and through undersigned counsel, respectfully submit this opposition to the second motion to compel discovery of plaintiff Frank L. Sever, Jr. ("Sever") filed July 22, 2003.

Sever's first motion to compel discovery, which was resolved at a discovery conference held April 10, 2003, addressed the very same matters raised here. Sever is, therefore, attempting to relitigate matters already decided, and worse, attempting to abandon undertakings he made to this Court. Sever masks this objectionable conduct behind his constant refrain of victimhood.

```
3:02CV722(AVC).  February 9, 2004.  Construed as a motion for a
protective order, the motion is GRANTED.  It is therefore hereby
ORDERED that a protective order enter in this matter.  The court
adopts the protective order submitted by the defendants in
conjunction with their memorandum in opposition to the
plaintiff's second motion to compel.  See Document No. 91, Exh.
D.
SO ORDERED.
                         Alfred V. Covello, U.S.D.J.
```