# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

| | |
|---|---|
| FRANK SEVER, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.  3:02cv722 (AVC) |
| MORTON G. GLICKMAN, et al., | ) Date of this Pleading: February 5, 2004 |
| Defendants. | ) |

## Motion for Extension of Time to File Pre-Trial Statement

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states his Motion for Extension of Time to File Pre-Trial Statement Order as follows:

1. Sever hereby requests an extension of time until sixty days after this Court rules on Sever's pending motion to compel to file the Pre-Trial Statement in this action.

2. The reason for this motion is to give Sever adequate time to prepare for trial after Sever has had an opportunity to review the documents that Sever has requested from the defendants.

3. On February 5, 2004, defendants' counsel stated that they object to this motion.

```
3:02CV722(AVC).  February 9, 2004.  The motion for an extension of
time (document no. 96) is GRANTED as follows: the parties shall have
to and including March 15, 2004 to file their trial memorandum.
SO ORDERED.
                   Alfred V. Covello, U.S.D.J.
```