# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

FILED
2004 MAR -8 P 12: 14
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| FRANK SEVER, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.   3:02cv722 (AVC) |
| MORTON G. GLICKMAN, *et al.*, | ) ) | Date of this Pleading: March 4, 2004 |
| Defendants. | ) ) | |

**Plaintiff's Motion for Summary Judgment Against Morton G. Glickman on the Issue of Liability, and in the Alternative, Plaintiff's Request Under Rule 56(d) for a Ruling that the Material Facts Stated Herein are Deemed Established Upon the Trial**

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states Plaintiff's Motion for Summary Judgment Against Morton G. Glickman on the Issue of Liability, and in the Alternative, Plaintiff's Request Under Rule 56(d) for a Ruling that the Material Facts Stated Herein are Deemed Established Upon the Trial[1] as follows:

---

[1]   Pursuant to the Rules of the United States District Court for the District of Connecticut, plaintiff respectfully requests oral argument.

1

1. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff requests summary judgment against Morton G. Glickman on the issue of liability, and in the alternative, plaintiff' requests under that Rule 56(d) a ruling that the material facts stated herein are deemed established upon the trial.

2. Plaintiff relies upon the attached Plaintiff's Memorandum in Support of Plaintiff's Motion for Summary Judgment Against Morton G. Glickman on the Issue of Liability, and in the Alternative, Plaintiff's Request Under Rule 56(d) for a Ruling that the Material Facts Stated Herein are Deemed Established Upon the Trial.

3. WHEREFORE, plaintiff, Frank Sever, Jr., respectfully requests that this Honorable Court grant Plaintiff's Motion for Summary Judgment Against Defendant Glickman on the Issue of Liability and find that Frank Sever, Jr., is entitled to judgment as a matter of law on his claims against defendant Glickman and in the alternative, grant plaintiff's request under Rule 56(d) for a ruling that the material facts stated herein are deemed established upon the trial.

Respectfully submitted,

*Peter P. Mitrano*

Peter Paul Mitrano (admitted *pro hac vice*)
Ct. Fed. Bar No.: 23733
Suite 201
581 Boylston Street
Boston, Massachusetts 02116
(617) 236-5655

Local Connecticut Counsel:

_____

Frank B. Velardi, Jr.
Ct. Fed. Bar No.: 07893
Lasala, Walsh, Wicklow & Velardi
168 Bradley Street
Post Office Box 1302
New Haven, Connecticut  06505-1302
(203) 785-8929
(203) 776-4663 (facsimile)

Attorneys for Plaintiff
Frank Sever, Jr.

Dated: March 4, 2004.

### Certificate of Service

I hereby certify that I caused a copy of the foregoing Plaintiff's Motion for Summary Judgment Against Morton G. Glickman on the Issue of Liability, and in the Alternative, Plaintiff's Request Under Rule 56(d) for a Ruling that the Material Facts Stated Herein are Deemed Established Upon the Trial to be deposited with the United States Postal Service, postage prepaid for first-class mail, on this 4th day of March 2004 addressed to Joseph L. Clasen, Esquire and James M. Ruel, Esquire, Robinson & Cole LLP, Financial Centre, 695 East Main Street, Post Office Box 10305, Stamford, Connecticut 06904-2305.

Peter Paul Mitrano