# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

FILED
2004 MAR 10 A 11:01
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| FRANK SEVER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:02cv722 (AVC) |
| ) | |
| MORTON G. GLICKMAN, *et al.*, ) | Date of this Pleading: March 9, 2004 |
| ) | |
| Defendants. ) | |

## Plaintiff's Motion for Leave of Court to Amend the Complaint

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states Plaintiff's Motion for Leave of Court to Amend the Complaint [1] as follows:

1. Plaintiff Sever filed his original complaint in this Court on April 25, 2002. Defendants filed their original answer on April 8, 2003.

2. Plaintiff seeks leave of this Court to file his attached first amended complaint. Some of the changes included (but not limited to) in the first amended complaint are as follows:

---

[1] Pursuant to the Rules of the United States District Court for the District of Connecticut, plaintiff respectfully requests oral argument.

1

     a.    Between ¶ 60 and ¶ 61, striking through "(Punitive Damages)" and replacing it with "Compensatory and Punitive Damages".

     b.    In ¶ 62, striking through "Glickman and Feldman" and changing it to "Glickman, Feldman and Delcath".

     c.    In ¶ 64, striking through "Based upon the foregoing pleaded facts, plaintiff requests for compensatory and punitive damages in the amount of five million dollars ($5,000,000.00) against defendants Glickman and Feldman." and changing it to "Based upon the foregoing pleaded facts, plaintiff requests compensatory damages in a dollar amount of ten million dollars ($10,000,000.00) plus additional punitive damages in a dollar amount to be determined by the jury, against defendants Glickman, Feldman and Delcath."

3.    In accordance the with the Local Rules, the undersigned counsel Peter Paul Mitrano attempted to confer with opposing counsel in a good faith effort to resolve the issues raised by this motion by leaving a voicemail message on March 9, 2004. Thereafter, on March 9, 2004, opposing counsel stated that the defendants objected to this motion.

4.    Plaintiff Sever relies upon his Memorandum in Support of Plaintiff's Motion for Leave of Court to Amend the Complaint filed herewith.

5.    WHEREFORE, plaintiff, Frank Sever, Jr., respectfully requests that this Honorable Court grant Plaintiff's Motion for Leave of Court to Amend the Complaint.

                                             Respectfully submitted,

                                             Peter Paul Mitrano (admitted *pro hac vice*)

Ct. Fed. Bar No.: 23733
Suite 201
581 Boylston Street
Boston, Massachusetts 02116
(617) 236-5655


Local Connecticut Counsel:


_____

Frank B. Velardi, Jr.
Ct. Fed. Bar No.: 07893
Lasala, Walsh, Wicklow & Velardi
168 Bradley Street
Post Office Box 1302
New Haven, Connecticut 06505-1302
(203) 785-8929
(203) 776-4663 (facsimile)

Attorneys for Plaintiff
Frank Sever, Jr.

Dated: March 9, 2004.

<u>Certificate of Service</u>

I hereby certify that I caused a copy of the foregoing Plaintiff's Motion for Leave of Court to Amend the Complaint to be deposited with the United States Postal Service, postage prepaid for first-class mail, on this 9th day of March 2004 addressed to Joseph L. Clasen, Esquire and James M. Ruel, Esquire, Robinson & Cole LLP, Financial Centre, 695 East Main Street, Post Office Box 10305, Stamford, Connecticut 06904-2305.

_____
Peter Paul Mitrano