# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

| | |
|---|---|
| FRANK SEVER, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.    3:02cv722 (AVC) |
| MORTON G. GLICKMAN, *et al.*, | ) Date of this Pleading: March 29, 2004 |
| Defendants. | ) |

### Plaintiff's Motion for Leave to Reserve Plaintiff's Right to Call Expert Rebuttal Witness Bruce Koenig

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states Plaintiff's Motion for Leave to Reserve Plaintiff's Right to Call Expert Rebuttal Witness Bruce Koenig[1] as follows:

1. Based upon recent statements made by counsel for defendants which plaintiff believes are not supported by even the alleged expert of defendants, Mr. Thomas Owen, and also out of an abundance of caution, plaintiff requests this Court's permission for leave for the right to call expert rebuttal witness Bruce Koenig if plaintiff deems the same to be in plaintiff's best interest.

---

[1] Pursuant to the Rules of the United States District Court for the District of Connecticut, plaintiff respectfully requests oral argument.

1

2.  Plaintiff relies upon the attached Memorandum in Support of Plaintiff's Motion for Leave to Reserve Plaintiff's Right to Call Expert Rebuttal Witness Bruce Koenig.

3.  The undersigned attempted to reach opposing counsel and was unsuccessful in obtaining opposing counsel consent to this motion.

4.  WHEREFORE, plaintiff, Frank Sever, Jr., respectfully requests that this Honorable Court grant Plaintiff's Motion for Leave to Reserve Plaintiff's Right to Call Expert Rebuttal Witness Bruce Koenig.

Respectfully submitted,

*/s/ Peter P. Mitrano*

Peter Paul Mitrano (admitted *pro hac vice*)
Ct. Fed. Bar No.: 23733
Suite 201
581 Boylston Street
Boston, Massachusetts 02116
(617) 236-5655

Local Connecticut Counsel:

_____
Frank B. Velardi, Jr.
Ct. Fed. Bar No.: 07893
Lasala, Walsh, Wicklow & Velardi
168 Bradley Street
Post Office Box 1302
New Haven, Connecticut 06505-1302
(203) 785-8929
(203) 776-4663 (facsimile)

Attorneys for Plaintiff
Frank Sever, Jr.

Dated: March 29, 2004.

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Plaintiff's Motion for Leave to Reserve Plaintiff's Right to Call Expert Rebuttal Witness Bruce Koenig to be deposited with the United States Postal Service, postage prepaid for first-class mail, on this 29th day of March 2004 addressed to Joseph L. Clasen, Esquire and James M. Ruel, Esquire, Robinson & Cole LLP, Financial Centre, 695 East Main Street, Post Office Box 10305, Stamford, Connecticut 06904-2305.

_____
Peter Paul Mitrano