# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

| | |
|---|---|
| FRANK SEVER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.   3:02cv722 (AVC) |
| ) | |
| MORTON G. GLICKMAN, *et al.*, ) | Date of this Pleading: April 2, 2004 |
| ) | |
| Defendants. ) | |

### Plaintiff's Opposition and/or Response to Defendant's Objection to Plaintiff's Submissions to Joint Trial Memorandum

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states Plaintiff's Opposition and/or Response to Defendant's Objection to Plaintiff's Submissions to Joint Trial Memorandum[1] as follows:

The undersigned counsel for plaintiff, Peter Paul Mitrano, respectfully disagrees with defendants' version of the events concerning the Joint Trial Memorandum.

As this Court is aware, a Joint Trial Memorandum was filed by the due date of March 15, 2004. The undersigned counsel for plaintiff, Peter Paul Mitrano, advised counsel for defendants, Thomas Donlon, Esquire, on March

---

[1] Pursuant to the Rules of the United States District Court for the District of Connecticut, plaintiff does not request oral argument.

1

15, 2004 that the Joint Trial Memorandum had been filed with this Court on March 15, 2004.

The essence of defendants' objection appears to be that counsel for defendants did not review plaintiff's portion of the Joint Trial Memorandum before plaintiff filed the Joint Trial Memorandum and that counsel for defendants now states that the defendants are not willing to agree to the stipulations filed in the Joint Trial Memorandum. While plaintiff steadfastly maintains that the parties agreed to the stipulations stated in the Joint Trial Memorandum and that the agreement of said stipulations was not dependant on any other agreements including but not limited to defendants' counsel further review of said stipulations and/or defendants' counsel review of plaintiff's portion of the Joint Trial Memorandum, plaintiff hereby agrees to withdraw the stipulations in order to avoid any further disagreements with opposing counsel and also to reduce the number of issues before this Court.

WHEREFORE, plaintiff, Frank Sever, Jr., respectfully requests that this Honorable Court overrule and/or deny Defendant's Objection to Plaintiff's Submissions to Joint Trial Memorandum and order the stipulations stated in the Joint Trial Memorandum to be stricken from the Joint Trial Memorandum.

Respectfully submitted,

_____
Peter Paul Mitrano (admitted *pro hac vice*)
Ct. Fed. Bar No.: 23733
Suite 201
581 Boylston Street
Boston, Massachusetts 02116
(617) 236-5655

                        Local Connecticut Counsel:

                        _____

                        Frank B. Velardi, Jr.
                        Ct. Fed. Bar No.: 07893
                        Lasala, Walsh, Wicklow & Velardi
                        168 Bradley Street
                        Post Office Box 1302
                        New Haven, Connecticut  06505-1302
                        (203) 785-8929
                        (203) 776-4663 (facsimile)

                        Attorneys for Plaintiff
                        Frank Sever, Jr.

Dated: April 2, 2004.

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Plaintiff's Opposition and/or Response to Defendant's Objection to Plaintiff's Submissions to Joint Trial Memorandum to be deposited with the United States Postal Service, postage prepaid for first-class mail, on this 2nd day of April 2004 addressed to Joseph L. Clasen, Esquire and James M. Ruel, Esquire, Robinson & Cole LLP, Financial Centre, 695 East Main Street, Post Office Box 10305, Stamford, Connecticut 06904-2305.

_____
Peter Paul Mitrano