# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

| | |
|---|---|
| FRANK SEVER, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:02cv722 (AVC) |
| MORTON G. GLICKMAN, et al., | ) Date of this Pleading: April 28, 2004 |
| Defendants. | ) |

**Plaintiff's Motion for Sanctions Because of Defendants Failure to Comply with this Court's Order Dated February 10, 2004**

Plaintiff, Frank Sever Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states his Plaintiff's Motion for Sanctions Because of Defendants Failure to Comply with this Court's Order Dated February 10, 2004[1] as follows:

1. Pursuant to Rule 37 of the Federal Rules of Civil Procedure, plaintiff Sever hereby requests that this Court grant Plaintiff's Motion for Sanctions Because of Defendants Failure to Comply with this Court's Order Dated February 10, 2004.

2. Plaintiff Sever relies upon the attached Memorandum in Support of Plaintiff's Motion for Sanctions Because of Defendants Failure to Comply with this Court's Order Dated February 10, 2004 filed herewith.

---

[1] Pursuant to the Rules of the United States District Court for the District of Connecticut, plaintiff respectfully requests oral argument.

1

3. The undersigned counsel (Peter Paul Mitrano) for plaintiff Sever states that the defendants do not consent to this motion.

4. WHEREFORE, the plaintiff, Frank Sever, Jr., respectfully requests that this Honorable Court grant Plaintiff's Motion for Sanctions Because of Defendants Failure to Comply with this Court's Order Dated February 10, 2004 for the reasons cited above, and that this Court should compel defendants to produce all overdue discovery, including but not limited to the phantom application.

Respectfully submitted,

_____
Peter Paul Mitrano (admitted *pro hac vice*)
Ct. Fed. Bar No.: 23733
Suite 201
581 Boylston Street
Boston, Massachusetts 02116
(617) 236-5655

Local Connecticut Counsel:

_____
Frank B. Velardi, Jr.
Ct. Fed. Bar No.: 07893
Lasala, Walsh, Wicklow & Velardi
168 Bradley Street
Post Office Box 1302
New Haven, Connecticut 06505-1302
(203) 785-8929
(203) 776-4663 (facsimile)

Attorneys for Plaintiff
Frank Sever, Jr.

Dated: April 28, 2004.

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Plaintiff's Motion for Sanctions Because of Defendants Failure to Comply with this Court's Order Dated February 10, 2004 to be deposited with the United States Postal Service, postage prepaid for first-class mail, on this 28th day of April 2004 addressed to Joseph L. Clasen, Esquire and James M. Ruel, Esquire, Robinson & Cole LLP, Financial Centre, 695 East Main Street, Post Office Box 10305, Stamford, Connecticut 06904-2305.

*/s/ Peter P. Mitrano*
Peter Paul Mitrano