UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
Bridgeport

| | |
|---|---|
| FRANK SEVER, JR. | : |
| Plaintiff, | : |
| VS. | : Civil Action No: 302CV00722 (JCH) |
| MORTON G. GLICKMAN, ET. AL. | : |
| Defendants, | : |

## MOTION TO ADMIT ATTORNEY PRO HAC VICE

Pursuant to Local Rule 2(d) of the United States Court for the District of Connecticut, the undersigned, Frank B. Velardi, Jr., hereby moves to admit Peter Paul Mitrano, Esq. *pro hac vice* to represent the interests of the plaintiff in this matter. In support of this motion, the undersigned represents the following:

1. Peter Paul Mitrano is an attorney with offices at 581 Boylston Street, Suite 201, Boston, Massachusetts 02116.

2. Peter Paul Mitrano is a member in good standing of the Massachusetts Bar, New Hampshire Bar, Virginia Bar and Washington, D.C. Bar and is a registered patent attorney with the United States Patent and Trademark Office.

3. Attorney Mitrano is admitted to the United States District Courts for the states of Massachusetts, New Hampshire, Virginia (Eastern District) and Washington, D.C.

4. Attorney Mitrano has never been denied admission by this Court or any other Court.

5. The admission of Attorney Mitrano *pro hac vice* will aid and benefit the progress of the above-captioned matter as he possesses special knowledge in the area of patent law which is unique to this case.

WHEREFORE, the undersigned respectfully requests that Attorney Peter Paul Mitrano be admitted *pro hac vice* to represent the plaintiff Frank Sever, Jr. in this matter and to try this matter on behalf of said plaintiff.

The undersigned has conferred with counsel for the defendants, who has represented that there is no objection to the granting of this motion.

THE PLAINTIFF,

FRANK SEVER, JR.

By _____
Frank B. Velardi, Jr. (Fed. Bar No. 07893)
Lasala, Walsh, Wicklow & Velardi, LLC
168 Bradley Street, P.O. Box 1302
New Haven, CT 06505-1302
Telephone: 203-785-8929
Facsimile: 203-776-4663

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Admit Pro Hac Vice has this 23rd day of May, 2002, been mailed to all counsel and pro se parties, to wit:

Joseph L. Clasen, Esq.
Robinson & Cole
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

_____
Frank B. Velardi, Jr., Esquire