THE STATE OF NEW HAMPSHIRE

SUPREME COURT

NEW HAMPSHIRE
SUPREME COURT
RECEIVED

2004 JAN 12 A 10: 40

In the Matter of
Peter Paul Mitrano, Esquire

04 - 0084

PETITION FOR ISSUANCE OF
SUBPOENA DUCES TECUM
PURSUANT TO SUPREME COURT RULE 11
AND FOR THE SEALING OF FILE

Respectfully submitted,

The State of New Hampshire
Supreme Court
Attorney Discipline Office

James L. DeHart, General Counsel
4 Park Street, Suite 304
Concord, New Hampshire  03301
(603) 224-5828

# THE STATE OF NEW HAMPSHIRE
## SUPREME COURT

In the Matter of
Peter Paul Mitrano, Esquire

## PETITION FOR ISSUANCE OF SUBPOENA DUCES TECUM PURSUANT TO SUPREME COURT RULE 11 AND FOR THE SEALING OF FILE

NOW COMES, James L. DeHart, General Counsel to the Attorney Discipline Office, and petitions this Honorable Court to issue a subpoena duces tecum directing Fleet Bank to provide certain financial records relating to Peter Paul Mitrano to the District of Columbia Office of Bar Counsel; and to seal the record of these proceedings. In support of this Petition, your petitioner states as follows:

1.      Peter Paul Mitrano was admitted as a member of the New Hampshire Bar in 1993.

2.      The District of Columbia Office of Bar Counsel has contacted petitioner requesting assistance in obtaining bank records in connection with Mr. Mitrano.

1

3. The Office of Bar Counsel indicated that it was investigating a complaint against Mr. Mitrano but that its investigation had slowed due to Mr. Mitrano's failure to cooperate.

4. According to the Office of Bar Counsel, Mr. Mitrano has the following mailing addresses: P.O. Box 3973, Merrifield, Virginia 22116-3973; 4912 Oakcrest Drive, Fairfax, Virginia 22030; and 581 Boylston Street, Suite 201, Boston, Massachusetts 02116.

5. The materials that the Office of Bar Counsel wishes to have subpoenaed from Fleet Bank at 44 South Main Street, Hanover, New Hampshire 03755 are regarding Fleet Bank Account No. 93584-24917 for the period from December 1, 1997 through February 1, 2003. More specifically, said materials include legible copies of bank statements; any and all instruments deposited in, or drawn against said account including endorsements of said instruments; any and all deposit slips and their offsets in said account; and all signature cards for said account.

6. There are special and important reasons for this Court to grant this Petition pursuant to Supreme Court Rule 11 and issue a subpoena duces tecum. Mr. Mitrano is a member of the New Hampshire Bar and is subject to the

2

disciplinary jurisdiction of this Court and the Attorney Discipline System. Supreme Court Rule 37(1)(b).  The results of the District of Columbia investigation could be relevant in New Hampshire.  If the District of Columbia investigation leads to a finding of professional misconduct and sanction in that jurisdiction, it could lead to the filing of a petition in this Court seeking reciprocal discipline.  Supreme Court Rule 37(12).

7.   Rule XI, Section 17(a), of the District of Columbia Court of Appeals' Rules Governing the Bar, states, in part:

> Except as otherwise provided in this rule or as the Court may otherwise order, all proceedings involving allegations of misconduct by an attorney shall be kept confidential until either a petition has been filed under section 8(c) or an informal admonition has been issued.

8.   The Office of Bar Counsel wishes to preserve the confidentiality mandated by the above rule.

9.   In light of the District of Columbia Court of Appeals' confidentiality rule, this Petition, and any Court records relating to this matter should be sealed pursuant to Supreme Court Rule 12(1)(b)(5).

3

WHEREFORE, petitioner prays that:

A.    The Court issue a subpoena duces tecum, enclosed, directing the Fleet Bank to provide the records described in paragraph 5. above to Assistant Bar Counsel Traci M. Tait, District of Columbia Office of Bar Counsel, 515 Fifth Street NW, Building A, Room 127, Washington, DC 20001.

B.    This matter be sealed pursuant to Supreme Court Rule 12(1)(b)(5).

C.    For such other relief as may be necessary to protect the public and be just.

Respectfully submitted,

THE STATE OF NEW HAMPSHIRE
SUPREME COURT
ATTORNEY DISCIPLINE OFFICE
4 Park Street, Suite 304
Concord, New Hampshire 03301
(603) 224-5828

Dated: January 9, 2004

By: _____
James L. DeHart, General Counsel

4

STATE OF NEW HAMPSHIRE
County of Merrimack, ss.

On this ninth day of January, 2004 personally appeared the above named James L. DeHart in his capacity as General Counsel of the New Hampshire Supreme Court Attorney Discipline Office and acknowledged that he executed this Petition for the purposes contained therein.

_____
Justice of the Peace/Notary Public

## CERTIFICATION

I, James L. DeHart, General Counsel of the New Hampshire Supreme Court Attorney Discipline Office, certify that a copy of the aforesaid Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11 and for the Sealing of File is this ninth day of January, 2004 being sent to Peter Paul Mitrano at his three addresses: P.O. Box 3973, Merrifield, Virginia 22116-3973; 4912 Oakcrest Drive, Fairfax, Virginia 22030; and 581 Boylston Street, Suite 201, Boston, Massachusetts 02116, by first class mail.

_____
James L. DeHart, General Counsel

\\Pccsvr1\Data\DOCS\Attorney Discipline Office\mitrano.subpoena.petition.wpd

5