# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

In Case No. 2004-0034, **Petition of New Hampshire Supreme Court Attorney Discipline Office**, the court on March 25, 2004, issued the following order:

The New Hampshire Supreme Court Attorney Discipline Office filed a petition pursuant to Supreme Court Rule 11 for issuance of subpoena duces tecum directing Fleet Bank, 44 South Main Street, Hanover, New Hampshire, to provide certain financial records relating to Attorney Peter Paul Mitrano to the District of Columbia Office of Bar Counsel ("Office of Bar Counsel"). Attorney Mitrano is a member of the New Hampshire bar. The Attorney Discipline Office alleges that the Office of Bar Counsel is investigating a complaint against Attorney Mitrano and that the Office of Bar Counsel seeks records of an account maintained at Fleet Bank in connection with this investigation.

The petition does not cite any statute or court rule that provides for the issuance of a subpoena duces tecum by the court in these circumstances. Although various statutes may allow the issuance of a subpoena in connection with a court proceeding in another jurisdiction, see, for example, RSA 517:18 and RSA 517-A:1, the petition does not allege that a District of Columbia court has appointed a commissioner or taken other steps to authorize the taking of a deposition in this state.

Paragraph 8 of Supreme Court Rule 37, which establishes the Attorney Discipline System, authorizes an attorney from the Attorney Discipline Office to issue a subpoena, including a subpoena duces tecum, in connection with proceedings before a hearing committee panel. It does not appear to authorize the issuance of a subpoena in connection with an investigation or proceeding of another jurisdiction, however.

On or before April 14, 2004, the petitioner shall, and Attorney Mitrano may, file a memorandum of law addressing the authority of the court to issue a subpoena duces tecum in connection with the investigation of the Office of Bar Counsel.

Petitioner's request to seal file is denied.

Broderick, C.J., and Nadeau, Dalianis, Duggan and Galway, JJ., concurred.

**Eileen Fox,
Clerk**

Distribution:
Attorney Discipline Office
James L. Dehart, Esquire
Mr. Peter P. Mitrano
File