POSTED

# The Supreme Court of the State of New Hampshire

In the Matter of )
)          Docket No.
Peter Paul Mitrano, Esquire )

## Motion to Strike the Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11 and for the Sealing of File; and, in the First Alternative, Motion to Dismiss the Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11 and for the Sealing of File; and, in the Second Alternative, Opposition to the Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11 and for the Sealing of File

Peter Paul Mitrano, *pro se*, states his Motion to Strike the Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11 and for the Sealing of File; and, in the First Alternative, Motion to Dismiss the Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11 and for the Sealing of File; and, in the Second Alternative, Opposition to the Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11 and for the Sealing of File as follows:

1

## Objection to Sealing of the File

Mitrano objects to "Sealing of the File". Paragraph Numbered 7 of Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11 does not provide authority for this Court to seal the file. There are no "allegations of misconduct by an attorney" made in said Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11 and therefore no requirement that anything be kept confidential. Moreover, Mitrano contends that the District of Columbia Office of Bar Counsel has violated its own rule cited in said Paragraph Numbered 7 of Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11 by and through its contact with The State of New Hampshire, Supreme Court, Attorney Discipline Office. Because the District of Columbia Office of Bar Counsel has already violated said confidentiality, the District of Columbia Office of Bar Counsel cannot rely upon said rule of confidentiality. Nevertheless, there is no law that requires this Court to follow the rule stated in Paragraph Numbered 7 of Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11. For various reasons, Mitrano respectfully requests that this matter not be sealed. The public also has a right to know how the individuals involved in this matter conduct themselves.

## Request for a Hearing

Peter Paul Mitrano, *pro se*, respectfully requests a hearing in this matter before this Court issues the requested subpoena duces tecum.

14

11. WHEREFORE, Peter Paul Mitrano, *pro se*, respectfully requests that this Honorable Court grant his Motion to Strike the Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11 and for the Sealing of File; and in the First Alternative, Motion to Dismiss the Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11 and for the Sealing of File; and, in the second alternative, Mitrano requests this Court to deny Petition for Issuance of Subpoena Duces Tecum Pursuant to Supreme Court Rule 11 and for the Sealing of File.

Respectfully submitted,

*[signature]*
Peter Paul Mitrano
*Pro se*[1]
Post Office Box 3973
Merrifield, Virginia 22116
(No telephone at this location)

Dated: January 19, 2004.

---

[1] The bar number of Peter Paul Mitrano in the State of New Hampshire is 9444.

18