# ROBINSON & COLE LLP

THOMAS J. DONLON

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
tdonlon@rc.com
Direct (203) 462-7549

Also admitted in New York
and Michigan

February 13, 2004

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Peter Paul Mitrano, Esq.
581 Boylston Street
Suite 201
Boston, MA 02116

Re:  **Sever v. Glickman, et al**
     **Docket No.:  3:02CV722 (AVC)**

Dear Mr. Mitrano:

Enclosed please find copies of six documents that are produced in accordance with the Court's Protective Order dated February 9, 2004. You will note that each is marked CONFIDENTIAL – ATTORNEYS ONLY. Pursuant with paragraph 4 of the Protective Order, these documents may be disclosed only to your associate attorneys and office personnel but not to any party or other person.

In addition I have enclosed further document which are responsive to your earlier request for production and are not designated as CONFIDENTIAL. Also, enclosed is a CD with certain demonstrative exhibits for the trial.

Sincerely,

Thomas J. Donlon

TJD/sj
Enclosure



*Law Offices*

BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK
SARASOTA

*www.rc.com*        STAM1-751934-1