# FAX TRANSMISSION

FRANK SEVER, JR., ESQ., PLC
2220 NORTH COLUMBUS STREET
ARLINGTON, VIRGINIA 22207
703-525-7499
FAX: 703-525-7486

**To:** Stephen E. Feldman, P.C.   **Date:** 05/22/97

**Fax #:** 212-532-8598   **Pages:** 2, including this cover sheet.

**From:** Frank Sever, Jr.

**Subject:** Avoiding U.S. Patent 5,161,773, to Tower

COMMENTS:

Dear Steve:

Pursuant to your request, please accept the following as my analysis of the Tower Patent (U.S. Patent 5,161,773).

## VERY BROAD CLAIMS

It should first be noted that the PTO issued very broad claims to Tower. When all of the surplusage (i.e., basically non-limiting, explanatory language) is stripped from independent apparatus claims 1 and 7, we are basically left with the following patentably limiting structure language:

> "an outer body member mounted on one end of the introducer sheath (note that the sheath *is not claimed*)....a thin tubular film of elastic material (which combines with the outer body member to form a [substantially fluid-tight*1] fluid receiving chamber (and a) means for introducing a fluid into the fluid receiving chamber...."

Thus, the only structural elements that Tower claims in his broad claims are:

> a [substantially fluid-tight*] fluid receiving chamber (which comprises)
> an outer body member; and,
> [an inner body member consisting of:] a thin tubular film of elastic material; and,
> means for introducing a fluid into the fluid receiving chamber.

---

1

*means: not specifically claimed by Tower.

## CHANGING SIZES, DIMENSIONS AND/OR SHAPES

I have found nothing in the file wrapper or claims which would suggest that mere changes in size, dimensions or shape of any and/or all of the respective three claimed elements would be sufficient to distinguish over the Tower invention as claimed, and thus, avoid infringement.

## CHANGES IN BASIC DESIGN

The Tower invention is directed to Two (2) basic functions: (1) selectively forming a blood tight seal between the introducer sheath and the outer surface of the catheter; and, (2) selectively restricting the parallel movement of the catheter with respect to the fluid receiving chamber and introducing sheath. The same functions could be achieved, while at the same time, eliminating the cumbersome "means for introducing a fluid" structure of Tower, by either of *at least* Two (2) design changes. The first is the arrangement which includes the telescoping member, on which I have already drafted an application. The second design proposal can be best illustrated by the following claim language:

> a *sealed* chamber containing only a substantially *non-compressible fluid* (i.e., a liquid fluorocarbon), further comprising:
> an outer body member form of a flexible, but substantially non-stretchable material; and,
> an inner body member formed of a flexible and stretchable (?) material ; and,
> means for applying mechanical pressure to the outer surface of said outer body member a fluid into the fluid receiving chamber.

In the latter design, by merely applying pressure to the out surface of the outer body member, the same pressure would be transmitted through the non-compressible fluid within the sealed chamber so as to compress the inner body member against the surface of the catheter sufficient to provide a blood tight seal and substantially restraining its movement relative to the sealed chamber.

Although I could probably think of other design changes, the two which I have so far offered would seem to be the best.

I have landlord duty on Thursday, 5/22/97. Otherwise, I will call you Friday, 5/23/97, to discuss the foregoing.

Respectfully,
Frank

2