UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
New Haven

---

| | |
|---|---|
| **FRANK SEVER, JR.,**            x | |
| Plaintiff, | |
| v. | Civil Action No. 302CV00722 (JCH) |
| **MORTON G. GLICKMAN, DELCATH SYSTEMS and STEPHEN E. FELDMAN,** | |
| Defendants.                       x | |

**JONATHAN FOLTZ, declares:**

1. I am a consultant to Delcath Systems, and former director of operations of Delcath.

2. I make this declaration to supplement my declaration of May 21, 2003.

3. I remember reviewing a draft of a patent application, referred to as the Telescoping Frame, (incompressible fluid) patent application, which I understood was prepared by Frank Sever.

4. I received the application attached to a letter of June 5, 1997 (copy of letter enclosed), from Stephen E. Feldman.

5. I reviewed the application, and discussing the application with Delcath and Dr. Morton Glickman. The drawings attached hereto as Exhibits "A" and "B", are the numbered drawings from that application, that I reviewed.

6. As I mention in paragraph 20, of the declaration of May 21, 2003, at first Delcath was interested in the device in this application.

7. In July 1997, I informed Feldman that Delcath was not interested in pursuing the telescoping frame-incompressible fluid device. Therefore, there was no reason for Delcath or Feldman to retain the entire application.

8. I understand that Feldman found these drawings in papers in his office, but neither he nor Delcath, can locate the remainder of the application, since the device was of no interest to us. There was no reason to keep it.

9. I declare under the penalties of perjury that the above is true and correct.

_____
JONATHAN FOLTZ

Dated: April 23, 2004