*Law Offices*
*Peter Paul Mitrano*

*Peter Paul Mitrano*
—
ADMITTED AS AN ATTORNEY
IN MASSACHUSETTS,
NEW HAMPSHIRE, VIRGINIA
AND WASHINGTON, D.C.
—
REGISTERED PATENT ATTORNEY
BEFORE THE UNITED STATES
PATENT AND TRADEMARK OFFICE
—
REGISTERED PROFESSIONAL
ENGINEER ONLY IN VIRGINIA

*Suite 201*
*581 Boylston Street*
*Boston, Massachusetts 02116*
—
*(617) 236-5655*

April 27, 2004

Joseph L. Clasen, Esquire and
Thomas Donlon, Esquire
Robinson & Cole LLP
Financial Centre
695 East Main Street
Post Office Box 10305
Stamford, Connecticut  06904-2305

Re:    *Sever* v. *Glickman et al.*; Civil Action
No. 3:02cv722 (AVC) pending at
Hartford, Connecticut

Dear Gentlemen:

This letter is to confirm that on April 26, 2004 I called the office of Thomas Donlon, Esquire and was advised that Mr. Donlon was not available and I was asked if I wanted to leave a voicemail which I did stating in essence that I was going to file a motion for sanctions as a result of defendants failure to comply with the Court's order dated February 10, 2004 requiring the defendants to produce  documents and that I specifically requested the patent application that the plaintiff has referred to as the phantom application.

This letter is also to confirm that on April 27, 2004 Mr. Donlon left a message stating in essence that the defendants had fully complied with said Court's order dated February 10, 2004 without specifically addressing whether the defendants had produced the patent application that the plaintiff has referred to as the phantom application.  This letter is to confirm that on April 27, 2004 I again called the office of Thomas Donlon, Esquire and again in essence specifically requested that I be advised whether you contend that the defendants have produced the patent application that the plaintiff has referred to as the phantom application.

Joseph L. Clasen, Esquire                                                    Page 2
April 27, 2004

     This letter is to request that you advise the undersigned whether you are willing to produce the patent application that the plaintiff has referred to as the phantom application or if you contend that you have already produced the patent application that the plaintiff has referred to as the phantom application.

     For the sake of clarity, the phantom application is the patent application that you contend that the plaintiff drafted that defendant Stephen Feldman referred to in his letter to Jonathan Foltz dated June 6, 1997 which was described therein as a "slight variation" of "Mort Glickman's Lateral Movement Controller with an incompressible fluid between the walls".

     Please leave the undersigned a telephone message at (617) 236-5655 as to whether you are willing to produce the patent application that the plaintiff has referred to as the phantom application or if you contend that you have already produced the patent application that the plaintiff has referred to as the phantom application.

                  Sincerely,

                  Peter Paul Mitrano