**ROBINSON & COLE**LLP

THOMAS J. DONLON

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
tdonlon@rc.com
Direct (203) 462-7549

Also admitted in New York
and Michigan

*Via Federal Express*

April 28, 2004

Peter Paul Mitrano, Esq.
581 Boylston Street
Suite 201
Boston, MA 02116

Re:  Sever v. Glickman, et al.
     Docket No.: 3:02CV722 (AVC)

Dear Mr. Mitrano:

This letter is in response to yours of April 27, 2004 and to confirm the voice mail message I left for you on Tuesday evening, April 27, 2004.

Defendants have fully complied with the Court's Order of February 9, 2004 concerning discovery. That Order <u>denied</u> your motion to compel in all respects, except as to confidential documents for which the Court entered a Protective Order. Defendants produced all confidential documents pursuant to the provisions of the Protective Order on February 13, 2004. A copy of my forwarding letter is enclosed herewith.

With regard to the application which your client prepared for the second option discussed in Mr. Sever's facsimiles of May 22 and May 30, 1997 (the telescoping frame-incompressible fluid concept), and referred to in the June 6, 1997 letter, Defendants never contended nor withheld any related documents on the basis of confidentiality. If you had inquired, prior to making wild and plainly false allegations concerning the manufacture of evidence, this issue could have been easily resolved.

As you are aware, a patent application is made up of three components, the specification, the claims and the drawings. As I stated in my voice message to you, Defendants have produced the only portion of the application for the telescoping frame-incompressible fluid that was in their files, namely, the drawings. Those



*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK
SARASOTA

www.rc.com    STAM1-756875-1

**ROBINSON & COLE** LLP

Peter Paul Mitrano, Esq.
April 28, 2004
Page 2

drawings were also listed as Defendants Exhibits in our Submissions to Joint Trial Memorandum of March 15, 2004. Defendants do not have in their files copies of the specification or the claims portions of the application. I would gladly have confirmed this at anytime if you had contacted me to ask.

In light of Defendants' full compliance with the Court's February 9, 2004 Order and their production of the portions of the application regarding the telescoping frame-incompressible fluid, I expect you not to proceed with any motion for sanctions. Should you do so, Defendants will take all necessary and appropriate steps in response.

Very truly yours,

Thomas J. Donlon
TJD:saj

Enclosure

