

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

5/5/2004

Dear Customer:

Here is the proof of delivery for the shipment with tracking number **790623830157**. The shipment was released without signature as authorized by the shipper/recipient.

## Delivery Information:

Signed For By: P. MITRANO
Delivery Location: 581 BOYLSTON ST
Delivery Date: April 29, 2004
Delivery Time: 1038

## Shipping Information:

Tracking No: 790623830157

Ship Date: April 28, 2004

**Recipient:**
PETER PAUL MITRANO, ESQ.

581 BOYLSTON STREET
BOSTON, MA 02116
US

**Shipper:**
THOMAS J. DONLON
ROBINSON & COLE LLP
695 EAST MAIN STREET
STAMFORD, CT 06901
US

**Shipment Reference Information:**

24309.0001

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®
Reference No.: R20040505001293886823

http://www.fedex.com/cgi-bin/spod

5/5/2004