Law Offices of
**STEPHEN E. FELDMAN, P.C.**
12 EAST 41st STREET
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 532-8585
TELEFAX: (212) 532-8596

LONG ISLAND OFFICE
120 MAIN STREET (ROUTE 25A)
HUNTINGTON, NEW YORK 11743

PATENT AND TRADEMARK LAW

July 30, 1997

Mr. Jonathan Foltz
DELCATH SYSTEMS, INC.
1100 Summer Street
Stamford, Connecticut 06905

Re: Catheter introducer

Dear Jonathan,

As we discussed you have no further interest in the telescoping catheter introducer with the non-compressible fluid between the outer and inner walls.

Very truly yours,

Stephen E. Feldman

SEF:ics

cc: MS Koly, Chief Executive Officer
Alexander Russell, President