US005897533A

# United States Patent [19]

## Glickman

[11] Patent Number: **5,897,533**

[45] Date of Patent: **Apr. 27, 1999**

[54] **CATHETER FLOW AND LATERAL MOVEMENT CONTROLLER**

[75] Inventor: Morton G. Glickman, New Haven, Conn.

[73] Assignee: Delcath Systems, Inc., Stamford, Conn.

[21] Appl. No.: 08/922,236

[22] Filed: Sep. 2, 1997

[51] Int. Cl.⁶ .................................................. A61M 5/00

[52] U.S. Cl. ........................ 604/256; 604/96; 604/236

[58] Field of Search .................................. 604/256, 236, 604/280, 283, 246–250, 183, 187, 49, 51, 53, 96–101

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,069,662 | 12/1991 | Bodden | 604/101 X |
| 5,411,479 | 5/1995 | Bodden | 604/96 X |
| 5,489,274 | 2/1996 | Chu et al. | 604/248 |
| 5,597,377 | 1/1997 | Aldea | 604/93 |

Primary Examiner—John D. Yasko
Attorney, Agent, or Firm—Stephen E. Feldman, P.C.

[57] **ABSTRACT**

An arrangement for controlling the flow of blood between the annulus between a catheter and an elastomeric tube which encases it is provided. The arrangement also controls the ease of lateral movement of the catheter in relationship to the elastomeric tube. The arrangement includes a substantially rigid telescoping tube for supporting the elastomeric tube therewithin. The rigid telescoping tube further includes an inner tube having a pin disposed on the outer circumference thereof; and an outer tube having an opening therein forming a slot, and a plurality of substantially equally spaced stops; a first clamping arrangement for fixing one end of the elastomeric tube to the end of the outer tube furthest from the inner tube; and, a second clamping arrangement for fixing the other end of the elastomeric tube to the end of the inner tube furthest from the outer tube.

**7 Claims, 3 Drawing Sheets**



