# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

| | | |
|---|---|---|
| FRANK SEVER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:02cv722 (AVC) |
| | ) | |
| MORTON G. GLICKMAN, *et al.*, | ) | Date of this Pleading: May 24, 2004 |
| | ) | |
| Defendants. | ) | |

### Plaintiff's Affidavit in Support of
### Plaintiff's Motion for Sanctions

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorney, Peter Paul Mitrano states his Plaintiff's Affidavit in Support of Plaintiff's Motion for Sanctions as follows:

I, Peter Paul Mitrano, hereby state under oath under the penalty of perjury that I conferred in good faith with counsel for defendants by and through my letters to counsel for defendants dated April 27, 2004 and April 28, 2004 respectively before filing the motion for sanctions on April 29, 2004.

Respectfully submitted,

_Peter P. Mitrano_

Peter Paul Mitrano (admitted *pro hac vice*)
Ct. Fed. Bar No.: 23733
Suite 201
581 Boylston Street
Boston, Massachusetts  02116
(617) 236-5655

Dated: May 24, 2004.

1

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Plaintiff's Affidavit in Support of Plaintiff's Motion for Sanctions to be deposited with the United States Postal Service, postage prepaid for first-class mail, on this 24th day of May 2004 addressed to Joseph L. Clasen, Esquire and James M. Ruel, Esquire, Robinson & Cole LLP, Financial Centre, 695 East Main Street, Post Office Box 10305, Stamford, Connecticut 06904-2305.

Peter Paul Mitrano