# ROBINSON & COLE LLP

THOMAS J. DONLON

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
tdonlon@rc.com
Direct (203) 462-7549

Also admitted in New York
and Michigan

May 13, 2004

**FEDERAL EXPRESS**

The Honorable Alfred V. Covello
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Re:   <u>**Sever v. Morton G. Glickman, et al**</u>
      Civil Action No.: 3-02 CV 00722 (AVC)

Dear Judge Covello:

This firm represents the Defendants in the above referenced matter. We have received the notice that Jury selection for this case will be on June 14, 2002. We are informed by your chambers that this case and another pending case, will probably be tried either that week or the following week.

As with any civil trial involving several witnesses and experts, there are certain scheduling difficulties. We write this letter to address the particular difficulties which might arise if the trial is held in the presently scheduled time period.



*Law Offices*
BOSTON

Defendants' audio expert, Mr. Owen, is conducting a week-long class, for law enforcement personnel and others, the week of June 21, 2004. In addition he will be involved in his son's wedding the previous week, leaving him available only on Monday, June 14th and Tuesday June 15th. Thus, if the trial is held that week, at best

[stamp: U.S. DISTRICT COURT HARTFORD, CONN. 2004 MAY 25 P 4:13]

3:02CV00722(AVC). May 25, 2004. Construed as a letter motion for a
continuance of jury selection, the motion is GRANTED. Jury Selection
in this matter shall be held on July 1, 2004.
SO ORDERED.

                    Alfred V. Covello, U.S.D.J.