# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

| | |
|---|---|
| FRANK SEVER, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:02cv722 (AVC) |
| MORTON G. GLICKMAN, et al., | ) Date of this Pleading: April 28, 2004 |
| Defendants. | ) |

**Plaintiff's Motion for Sanctions Because of Defendants Failure**

3:02CV722(AVC). June 4, 2004. This is an action for damages arising out of the alleged theft of a medical catheter device invention. It is brought pursuant to common law tenets concerning fraud, conversion and civil conspiracy. On April 28, 2004, the plaintiff filed the within motion for sanctions (document no. 128). For the reasons that hereinafter follow, the motion for sanctions (document no. 128) is DENIED.

The plaintiff contends that sanctions are warranted because the defendants have failed to comply with various discovery orders. Specifically, the plaintiff contends that the defendants have failed to produce a particular "patent application, referenced . . . in a letter dated June 6, 1997."

The defendants respond that they have complied with all discovery orders. With regard to the patent application sought by the plaintiff, the defendants maintain that they "have produced those portions [of the patent application] which they possess."

Having reviewed the submissions of the parties, the court concludes that the plaintiff's motion should be denied. The gravamen of the plaintiff's motion is that the defendants have failed to produce a particular patent application. However, the defendants maintain that they have indeed produced all documents relating to the patent application at issue "that had been found in their files." In other words, according to the defendants, all material relevant to the patent application has been produced. In the face of these representations, the plaintiff offers no evidence that the defendants are withholding relevant material. Therefore, the plaintiff's motion for sanctions is DENIED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.