UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex

**June 29, 2004**
**2:00 p.m.**

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT <u>TO CHAMBERS</u> A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

3:02CV00722 (AVC) <u>Sever v. Glickman</u>

| | |
|---|---|
| Joseph L. Clasen<br>Robinson & Cole<br>Financial Centre, 695 E. Main St.<br>Stamford, CT 06904-2305 | Brian E. Moran<br>Robinson & Cole<br>Financial Centre, 695 E. Main St.,<br>Stamford, CT 06904-2305 |
| Thomas J. Donlon<br>Robinson & Cole<br>Financial Centre, 695 E. Main St.,<br>Stamford, CT 06904-2305 | James M. Ruel<br>Robinson & Cole - Htfd, CT<br>280 Trumbull St.<br>Hartford, CT 06103-3597 |
| Steven R. Humphrey<br>Robinson & Cole - Htfd, CT<br>280 Trumbull St.<br>Hartford, CT 06103-3597 | Frank B. Velardi Jr.<br>Lasala Walsh Wicklow & Velardi<br>168 Bradley St.<br>New Haven, CT 06511 |
| Robin P. Keller<br>Robinson & Cole<br>695 East Main St.<br>Stamford, CT 06904 | |
| Christopher J. Major<br>Robinson & Cole<br>Financial Centre, 695 E. Main St.,<br>Stamford, CT 06904-2305 | |
| Peter P. Mitrano<br>581 Boylston Street<br>Suite 201<br>Boston, MA 02116 | BY ORDER OF THE COURT<br>KEVIN F. ROWE, CLERK |