1

UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE BOARD OF PATENT APPEALS
AND INTERFERENCES

```
- - - - - - - - - - - -x
                        :
FRANK SEVER JR.,        :
                        :
        Junior Party,   :  (Application 09/340,437)
                        :
                        :
     v.                 :  Patent Interference
                        :     No. 104,722
MORTON G. GLICKMAN,     :
                        :
        Senior Party.   :  (Patent 5,897,533)
                        :
- - - - - - - - - - - -x
```

Tuesday, October 16, 2001
Arlington, Virginia

The hearing in the above-entitled matter convened, pursuant to a Notice, in the U.S. Patent and Trademark Office, Gateway Two, 1225 Jefferson Davis Highway, Arlington, Virginia, at 1:30 p.m.

BEFORE:

SALLY C. MEDLEY
Administrative Patent Judge

RICHARD TORCZON
Administrative Patent Judge

SALLY GARDNER-LANE
Administrative Patent Judge

15

1  matter--comes back to a matter of public policy.

2          JUDGE TORCZON: Public policy's not

3  proof.

4          MR. MITRANO: But how can this Board say,

5  "Okay, someone committed fraud here, but we're not

6  going to look any further because we contend it's a

7  coin toss"?

8          And then--I think the Board has a duty to

9  look into the matter, and I think the proper way to

10 go is to let the interference proceed and then have

11 a determination as to whether fraud was committed

12 on--

13         JUDGE TORCZON: What would you put on at

14 this point?

15         MR. MITRANO: I have further proof on

16 proffer. I'd like to hold it through to the end of

17 discovery.

18         JUDGE TORCZON: You ordered the show

19 cause.

20         MR. MITRANO: I did, but I think I've

21 satisfied the order to show cause.

22         JUDGE TORCZON: I didn't see any

16

1  additional proof.

2         MR. MITRANO: I have not submitted any
3  additional proof.

4         JUDGE TORCZON: Okay. So we have to make
5  a decision based on this record.

6         MR. MITRANO: That's correct.

7         JUDGE TORCZON: You've had two
8  opportunities to put in the proofs. The first
9  opportunity you submitted two affidavits and a
10 declaration.

11        MR. MITRANO: That's correct.

12        JUDGE TORCZON: Judge Medley indicated in
13 her order to show cause that she didn't think that
14 made out a prima facie case, gave you a chance to
15 put in additional evidence. Why do we need a third
16 bite of the apple? At this point you've had two
17 bites.

18        MR. MITRANO: I'm saying that we've
19 satisfied the show cause in that we've shown
20 fraud. If we've shown fraud, I think the Board has
21 a duty to go forward and look into the matter.

22        JUDGE TORCZON: Once again, what's our

1   proceed in a very expensive proceeding on a promise
2   that maybe the evidence will come out. And what's
3   bothering me here is there have been two
4   opportunities to put in the evidence in the 608
5   statement and then again in response to the order
6   to show cause. And now we're being asked, Well,
7   hold on, I need a third bite at the apple.

8       MR. MITRANO: It's not that I need a
9   third bite. I'm saying that we have passed the
10  show cause order. I do have additional evidence,
11  which I'd like to use at a proper time. But I
12  think, based on what we've presented so far, I
13  think we passed the show cause.

14      JUDGE TORCZON: There's one other thing I
15  wanted to get into before, I guess, we're done here
16  with you, anyway, and that is in your reply. Let's
17  just say there's a tone about your reply that I
18  don't think's appropriate.

19      We're told that Feldman and Glickman are
20  liars and thieves. There's a comparison for
21  opposing counsel here to apparently disreputable
22  members of the criminal bar or a suggestion that