UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
Hartford

FILED
2004 JUN 18 P 2: 13
U.S. DISTRICT COURT
HARTFORD, CT.

FRANK SEVER, JR.           :
                           :
        Plaintiff,         :
                           :
VS.                        :   Civil Action No: 3:02CV00722 (AVC)
                           :
MORTON G. GLICKMAN, ET. AL.:   Date of this Pleading: June 17, 2004
                           :
        Defendants,        :

## MOTION TO BE EXCUSED FROM COURT APPEARANCE

Pursuant to Section 83.1(d) of the Local Rules of Civil Procedure, the undersigned hereby requests permission to be excused from further attendance during court proceedings. In support hereof, the undersigned represents that Attorney Peter Paul Mitrano has been admitted pro hace vice to represent the interests of the plaintiff and is fully prepared and capable to proceed on the plaintiff's behalf.

THE PLAINTIFF,

FRANK SEVER

BY: _____
Frank B. Velardi, Jr. (Fed. Bar No. 07893)
Lasala, Walsh, Wicklow & Velardi, LLC
168 Bradley Street, P.O. Box 1302
New Haven, CT 06505-1302
Telephone: 203-785-8929
Juris No. 417961

## CERTIFICATION

This is to certify that a copy of the foregoing statement has, this 17th day of June, 2004, been mailed to all counsel and pro se parties, to wit:

Joseph L. Clasen, Esq.
Robinson & Cole, LLP
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Thomas Donlan, Esq.
Robinson & Cole, LLP
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Peter Paul Mitrano, Esq.
581 Boylston Street
Suite 201
Boston, MA 02116

_____
Frank B. Velardi, Jr., Esquire