127

FILED

2004 APR 29 A 11: 13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK SEVER, JR., | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 3:02CV722 (AVC) |
| v. | : | |
| MORTON G. GLICKMAN, DELCATH SYSTEMS, INC., and STEPHEN E. FELDMAN, | : | |
| Defendants. | : | April 28, 2004 |

### MOTION TO REVOKE *PRO HAC VICE* ADMISSION

Defendants, Dr. Morton G. Glickman, Delcath Systems Inc. and Stephen E. Feldman, Esq. (jointly "Defendants"), respectfully move, pursuant to Local Rules 7(a), 83.1 and 83.2, that this Court revoke the *pro hac vice* admission of Peter Paul Mitrano ("Mitrano") in this matter.

In support of this motion, Defendants respectfully represent as follows:

1.  Plaintiff, through local counsel Frank B. Velardi, Jr., Esq. ("Velardi"), moved to admit Mr. Mitrano *pro hac vice* on May 24, 2002.

2.  Local Rule 83.1(d), at the time, required that any such request for admission state

---

3:02CV722(AVC). June 17, 2004. The defendants' motion to revoke Attorney Mitrano's pro hac vice status (document no. 127) is DENIED. However, the court orders Attorney Mitrano to file an affidavit in accordance with Conn. L. R. Civ. P. 83.1(d). Attorney Mitrano shall have to and including June 28, 2004 to file such affidavit. SO ORDERED.

Alfred V. Covello, U.S.D.J.