



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

**FILED**

2004 JUN 18 P 2: 13

U.S. DISTRICT COURT
HARTFORD CT.

FRANK SEVER, JR.                    :

      Plaintiff,                    :

                        :

VS.                    :    Civil Action No: 3:02CV00722 (AVC)

                        :

MORTON G. GLICKMAN, ET. AL.    :    Date of this Pleading: June 17,2004

                        :

      Defendants,                    :


## MOTION TO BE EXCUSED FROM COURT APPEARANCE

Pursuant to Section 83.1(d) of the Local Rules of Civil Procedure, the undersigned hereby requests permission to be excused from further attendance during court proceedings. In support hereof, the undersigned represents that Attorney Peter Paul Mitrano has been admitted pro hace vice to represent the interests of the plaintiff and is fully prepared and capable to proceed on the plaintiff's behalf.

              THE PLAINTIFF,

              FRANK SEVER

              BY:    _Frank B. Velardi_

                  Frank B. Velardi, Jr. (Fed. Bar No. 07893)
                  Lasala, Walsh, Wicklow & Velardi, LLC
                  168 Bradley Street, P.O. Box 1302
                  New Haven, CT 06505-1302
                  Telephone: 203-785-8929
                  Juris No. 417961

*(margin, left, rotated)* June 21, 2004. GRANTED. SO ORDERED.

*(margin)* Alfred N. Covello, U.S.D.J.

*(margin, rotated)* FILED 2004 JUN 21 P 2: 29 U.S. DISTRICT COURT HARTFORD, CT.