# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT
### Hartford

FRANK SEVER, JR., )
)
      Plaintiff, )
)
v. ) Civil Action No. 3:02cv722 (AVC)
)
MORTON G. GLICKMAN, *et al.*, ) Date of this Pleading: June 26, 2004
)
      Defendants. )

### Plaintiff's Attorney's Affidavit Related to his *Pro Hac Vice* Admission

    Plaintiff, Frank Sever, Jr., by and through his undersigned attorneys, states Plaintiff's Attorney's Affidavit Related to his *Pro Hac Vice* Admission as follows:

    I, Peter Paul Mitrano, hereby swear under oath under the penalty of perjury that the following is true and correct to the best of my information, knowledge and belief and/or is based upon information that I believe to be true and correct:

    1.    I have an office address located at Suite 201, 581 Boylston Street, Boston, Massachusetts 02116 with a telephone number of (617) 236-5655. I do not currently maintain a fax number and/or e-mail address; however,

1

certain clients sometimes provide various forms of communications such as access to a fax numbers, telephone numbers, e-mail, etc. I also have other office addresses.

2. I, Peter Paul Mitrano, am a member of the bar of the following courts: the Supreme Court of the United States, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Eleventh Circuit (may have expired solely for lack of payment of fee), the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Federal Claims, the United States District Court for the District of Massachusetts, the United States District Court for the District of New Hampshire, the United States District Court for the Eastern District of Virginia, the United States District Court for the District of the District of Columbia, the United States Bankruptcy Court for the Eastern District of Virginia, the state courts in the Commonwealth of Massachusetts, the state courts in the State of New Hampshire, the state courts in the Commonwealth of Virginia and courts in the District of Columbia including the Court of Appeals for the District of Columbia.

3. I have not been denied admission or disciplined by this Court or any other court. I have been criticized, threatened, investigated, held in contempt of court, imprisoned, sanctioned, etc. by courts.

4. At the time that the undersigned applied for *pro hac vice* admission to this Court, Peter Paul Mitrano, fully reviewed and was familiar with the Rules of The United States District Court for the District of Connecticut.

Respectfully submitted,

*/s/ Peter P. Mitrano*

Peter Paul Mitrano (admitted *pro hac vice*)
Ct. Fed. Bar No.: 23733
Suite 201
581 Boylston Street
Boston, Massachusetts 02116
(617) 236-5655

Attorney for Plaintiff
Frank Sever, Jr.

Dated: June 26, 2004.

## Certificate of Service

I hereby certify that I caused or will cause a copy of the foregoing Plaintiff's Attorney's Affidavit Related to his *Pro Hac Vice* Admission to be deposited with the United States Postal Service, postage prepaid for first-class mail, on or before the 28th day of June 2004 addressed to Joseph L. Clasen, Esquire and James M. Ruel, Esquire, Robinson & Cole LLP, Financial Centre, 695 East Main Street, Post Office Box 10305, Stamford, Connecticut 06904-2305.

_____
Peter Paul Mitrano