FILED

2004 JUL -1  A 9: 04

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK SEVER, JR., | : |
| Plaintiff, | : CIVIL ACTION NO.: 3:02CV722 (AVC) |
| v. | : |
| MORTON G. GLICKMAN, DELCATH SYSTEMS, INC., and STEPHEN E. FELDMAN, | : |
| Defendants. | : June 30, 2004 |

### MOTION IN LIMINE REGARDING PROOF OF DAMAGES

Defendants, Dr. Morton G. Glickman ("Dr. Glickman"), Delcath Systems Inc. ("Delcath") and Stephen E. Feldman, Esq. ("Feldman") (jointly "Defendants"), respectfully move, pursuant to Local Rule 7(a), that this Court preclude Plaintiff Frank Sever, Jr. ("Sever") from offering evidence regarding damages.

In support of this motion, Defendants respectfully represent as follows:

1. Sever was deposed on December 30, 2002.

2. At that deposition, Sever testified that if the representations alleged to have been made to him had been true, he would not have filed an application for a patent on the invention.

3. Since the purpose of damages in fraud is to put the plaintiff in the position he would have been but for the fraud, no damages can be calculated based upon Sever having a patent, which he never would have received, including any alleged future profits therefrom.

STAM1-760557-1

4. Sever submitted Answers to Interrogatories on September 16, 2002, which have never been amended.

5. In those Answers, Sever set forth his calculation of damages.

6. The entire calculation is speculative based on a series of admitted assumptions about events which have not occurred.

7. Sever may not rely on speculation to prove damages, which are a necessary element of any claim of fraud, conspiracy to commit fraud or conversion in these circumstances.

8. Sever cannot claim a right to the patent as damages since this Court has no basis to award him the patent.

WHEREFORE, for the reasons set forth in greater detail in the accompanying Memorandum of Law, Defendants request this Court prohibit Sever from offering any evidence of damages related to the patent in question or to offer any speculation concerning future profits, as set forth in his Answer to Interrogatories.

Dated: Stamford, Connecticut
June 30, 2004

                                          DEFENDANTS MORTON G. GLICKMAN,
                                          DELCATH SYSTEMS INC. AND
                                          STEPHEN E. FELDMAN

                                          By: _____
                                          Joseph L. Clasen, Esq. (ct04090)
                                          Thomas J. Donlon (ct22839)
                                          e-mail: tdonlon@rc.com
                                          ROBINSON & COLE LLP
                                          Financial Centre
                                          695 East Main Street
                                          Post Office Box 10305
                                          Stamford, CT  06904-2305
                                          Telephone:  (203) 462-7500
                                          Facsimile:  (203) 462-7599

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid to counsel of record for the Plaintiff, Frank B. Velardi, Jr., Esq., Lasala, Walsh, Wicklow & Velardi, 168 Bradley Street, New Haven, Connecticut 06511 and to Peter Paul Mitrano, Esq., 581 Boylston Street, Suite 201, Boston, Massachusetts 02116, this 30th day of June, 2004.

_____
Thomas J. Donlon