UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK SEVER, JR., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 3:02CV722 (AVC) |
| | : | |
| v. | : | |
| | : | |
| MORTON G. GLICKMAN, DELCATH SYSTEMS, INC., and STEPHEN E. FELDMAN, | : | |
| | : | |
| Defendants. | : | July 2, 2004 |

SUPPLEMENTAL EXHIBIT TO MOTION IN
LIMINE REGARDING PROOF OF DAMAGES

Defendants, Dr. Morton G. Glickman ("Dr. Glickman"), Delcath Systems Inc. ("Delcath") and Stephen E. Feldman, Esq. ("Feldman") (jointly "Defendants"), respectfully submit the attached Exhibit A which was inadvertently left off of Defendants' Memorandum of Law in support of this motion.

Dated:  Stamford, Connecticut
        July 2, 2004

STAM1-760875-1

DEFENDANTS MORTON G. GLICKMAN,
DELCATH SYSTEMS INC. AND
STEPHEN E. FELDMAN


By: /s/   Thomas J. Donlon
    Joseph L. Clasen, Esq. (ct04090)
    Thomas J. Donlon (ct22839)
    e-mail:  tdonlon@rc.com
    ROBINSON & COLE LLP
    Financial Centre
    695 East Main Street
    Post Office Box 10305
    Stamford, CT  06904-2305
    Telephone:  (203) 462-7500
    Facsimile:  (203) 462-7599

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid to counsel of record for the Plaintiff, Frank B. Velardi, Jr., Esq., Lasala, Walsh, Wicklow & Velardi, 168 Bradley Street, New Haven, Connecticut 06511 and to Peter Paul Mitrano, Esq., 581 Boylston Street, Suite 201, Boston, Massachusetts 02116, this 2nd day of July, 2004.

                                                  /s/   Thomas J. Donlon
                                                Thomas J. Donlon