# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT
# Hartford

| | |
|---|---|
| FRANK SEVER, JR., | ) |
|       Plaintiff, | ) ) ) |
|     v. | ) Civil Action No. 3:02cv722 (AVC) ) |
| MORTON G. GLICKMAN, *et al.*, | ) Date of this Pleading: July 8, 2004 ) |
|       Defendants. | ) |

### Plaintiff's Motion in Limine to Exclude
### Expert Testimony as to Matters of Law

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states Plaintiff's Motion in Limine to Exclude Expert Testimony as to Matters of Law[1] as follows:

1. Sever respectfully requests that this Court exclude expert testimony that the defendants have identified with respect to the witnesses Messrs. Peter Berger, James Trowbridge and Eugene C. Rzucidlo.

2. Sever relies upon Plaintiff's Memorandum in Support of Plaintiff's Motion in Limine to Exclude Expert Testimony as to Matters of Law filed herewith.

---

[1] Pursuant to the Rules of the United States District Court for the District of Connecticut, plaintiff respectfully requests oral argument.

1

WHEREFORE, plaintiff, Frank Sever, Jr., respectfully requests that this Honorable Court grant Plaintiff's Motion in Limine to Exclude Expert Testimony as to Matters of Law.

Respectfully submitted,

_____
Peter Paul Mitrano (admitted *pro hac vice*)
Ct. Fed. Bar No.: 23733
Suite 201
581 Boylston Street
Boston, Massachusetts  02116
(617) 236-5655

Local Connecticut Counsel:

_____
Frank B. Velardi, Jr.
Ct. Fed. Bar No.: 07893
Lasala, Walsh, Wicklow & Velardi
168 Bradley Street
Post Office Box 1302
New Haven, Connecticut  06505-1302
(203) 785-8929
(203) 776-4663 (facsimile)

Attorneys for Plaintiff
Frank Sever, Jr.

Dated: July 8, 2004.

<u>Certificate of Service</u>

I hereby certify that I caused a copy of the foregoing Plaintiff's Motion in Limine to Exclude Expert Testimony as to Matters of Law to be deposited with the United States Postal Service, postage prepaid for first-class mail, on this 8th day of July 2004 addressed to Joseph L. Clasen, Esquire and James M. Ruel, Esquire, Robinson & Cole LLP, Financial Centre, 695 East Main Street, Post Office Box 10305, Stamford, Connecticut  06904-2305.

_____
Peter Paul Mitrano