# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT
## Hartford

| | |
|---|---|
| FRANK SEVER, JR., | ) |
|       Plaintiff, | ) |
| *v.* | ) Civil Action No. 3:02cv722 (AVC) |
| MORTON G. GLICKMAN, *et al.*, | ) Date of this Pleading: July 8, 2004 |
|       Defendants. | ) |

## Plaintiff's Motion for this Court to Order the Defendants to Identify any Insurance Policies

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states Plaintiff's Motion for this Court to Order the Defendants to Identify any Insurance Policies[1] as follows:

1.    At the settlement conference on June 29, 2004, the defendants brought another attorney, Mr. Joseph J. Macchiarola, to the settlement conference initially stating to the plaintiff just prior to the beginning of said settlement conference that Mr. Macchiarola was with them.

2.    During said settlement conference, at the further request of plaintiff, Mr. Joseph J. Macchiarola identified himself with a business card

---

[1]    Pursuant to the Rules of the United States District Court for the District of Connecticut, plaintiff respectfully requests oral argument.

1

stating he was with Mendes & Mount, LLP, 750 Seventh Avenue, New York, New York  10019-6829, telephone (212) 261-8000, facsimile (212) 261-8750.

3. Mr. Macchiarola then stated he was representing the defendant Stephen Feldman's insurance company.

4. This was the first time that the plaintiff became aware that there may be an insurance company involved in this action.

5. In order to further evaluate settlement possibilities, plaintiff respectfully requests that the defendants be ordered to disclose the identity of the defendant Stephen Feldman's insurance company along with any other insurance companies involved or related to this matter, including the policy and policy limits of each and every insurance policy.

WHEREFORE, plaintiff, Frank Sever, Jr., respectfully requests that this Honorable Court grant Plaintiff's Motion for this Court to Order the Defendants to Identify any Insurance Policies.

Respectfully submitted,

_____
Peter Paul Mitrano (admitted *pro hac vice*)
Ct. Fed. Bar No.: 23733
Suite 201
581 Boylston Street
Boston, Massachusetts  02116
(617) 236-5655

Local Connecticut Counsel:

_____
Frank B. Velardi, Jr.
Ct. Fed. Bar No.: 07893

2

                                        Lasala, Walsh, Wicklow & Velardi  
                                        168 Bradley Street  
                                        Post Office Box 1302  
                                        New Haven, Connecticut  06505-1302  
                                        (203) 785-8929  
                                        (203) 776-4663 (facsimile)

                                        Attorneys for Plaintiff  
                                        Frank Sever, Jr.

Dated: July 8, 2004.

<u>Certificate of Service</u>

I hereby certify that I caused a copy of the foregoing Plaintiff's Motion for this Court to Order the Defendants to Identify any Insurance Policies to be deposited with the United States Postal Service, postage prepaid for first-class mail, on this 8th day of July 2004 addressed to Joseph L. Clasen, Esquire and James M. Ruel, Esquire, Robinson & Cole LLP, Financial Centre, 695 East Main Street, Post Office Box 10305, Stamford, Connecticut  06904-2305.

_____
Peter Paul Mitrano