UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MISCELLANEOUS HEARING

HONORABLE ALFRED V. COVELLO, U.S.D.J.
450 MAIN STREET
HARTFORD
COURTROOM #1 - ANNEX

**July 16, 2004**

**3:00 p.m.**

CASE NO. **3:02cv722(AVC) Frank Sever v. Morton Glickman, et al**

Joseph L. Clasen
Robinson & Cole
Financial Centre, 695 E. Main St.
Stamford, CT 06904-2305

Thomas J. Donlon
Robinson & Cole
Financial Centre, 695 E. Main St.,
Stamford, CT 06904-2305

Steven R. Humphrey
Robinson & Cole - Htfd, CT
280 Trumbull St.
Hartford, CT 06103-3597

Robin P. Keller
Robinson & Cole
695 East Main St.
Stamford, CT 06904

Christopher J. Major
Robinson & Cole
Financial Centre, 695 E. Main St.,
Stamford, CT 06904-2305

Peter P. Mitrano
581 Boylston Street
Suite 201
Boston, MA 02116

Brian E. Moran
Robinson & Cole
Financial Centre, 695 E. Main St.,
Stamford, CT 06904-2305

James M. Ruel
Robinson & Cole - Htfd, CT
280 Trumbull St.
Hartford, CT 06103-3597

Frank B. Velardi Jr.
Lasala Walsh Wicklow & Velardi
168 Bradley St.
New Haven, CT 06511
**(Excused by permission)**

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK