UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **FRANK SEVER, JR.,** | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO.: 3:02CV722 (AVC) |
| | : |
| v. | : |
| | : |
| **MORTON G. GLICKMAN, DELCATH** | : |
| **SYSTEMS, INC., and STEPHEN E.** | : |
| **FELDMAN,** | : July 15, 2004 |
| | : |
| **Defendants.** | : |

### RESPONSE TO PLAINTIFF'S MOTION TO IDENTIFY INSURANCE POLICIES

Defendants Dr. Morton G. Glickman, Delcath Systems Inc. and Stephen E. Feldman, Esq. (jointly, "Defendants"), submit this response to the motion of Plaintiff, Frank Sever, Jr. ("Sever"), to identify relevant insurance policies and the terms thereof.

Sever never requested any insurance information or insurance policies from the Defendants during discovery and his time to object to any claimed failure by the Defendants to provide that information expired long ago. He has waived his rights to object or bring a motion to compel. Moreover, Defendants have a counterclaim against Sever for legal malpractice, presumably for which Sever had some insurance coverage in place that may apply to any damages awarded on that counterclaim. Even though he never asked for applicable insurance during discovery, Defendants will provide the requested insurance information to Sever provided he produces to Defendants his insu rance policy and insurance information.

## **CONCLUSION**

In sum, to the extent Sever's motion is not rendered moot by this response, it should be denied for the foregoing reasons.

Respectfully submitted,

DEFENDANTS MORTON G. GLICKMAN,
DELCATH SYSTEMS INC. AND
STEPHEN E. FELDMAN

By: _____
Joseph L. Clasen, Esq. (ct04090)
Thomas J. Donlon, Esq. (ct22839)
ROBINSON & COLE LLP
Financial Centre
695 East Main Street
Post Office Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Facsimile: (203) 462-7599
e-mail:    jclasen@rc.com
           tdonlon@rc.com

Of Counsel:

William J. Kelleher III, Esq.

Dated: Stamford, Connecticut
       July 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via overnight courier Federal Express to counsel of record for the Plaintiff, Frank B. Velardi, Jr., Esq., Lasala, Walsh, Wicklow & Velardi, 168 Bradley Street, New Haven, Connecticut 06511 and to Peter Paul Mitrano, Esq., 581 Boylston Street, Suite 201, Boston, Massachusetts 02116, this 15th day of July, 2004.

Joseph L. Clasen