1 d
151

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
Hartford

2004 JUL -9 A 10: 25

U.S. DISTRICT COURT
HARTFORD, CT.

FRANK SEVER, JR.,                )
                                 )
            Plaintiff,           )
                                 )
    v.                           ) Civil Action No. 3:02cv722 (AVC)
                                 )
MORTON G. GLICKMAN, et al.,      ) Date of this Pleading: July 8, 2004
                                 )
            Defendants.          )

**Plaintiff's Motion in Limine to Exclude
Expert Testimony as to Matters of Law**

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states Plaintiff's Motion in Limine to Exclude Expert Testimony as to Matters of Law[1] as follows:

1. Sever respectfully requests that this Court exclude expert testimony that the defendants have identified with respect to the witnesses Messrs. Peter Berger, James Trowbridge and Eugene C. Rzucidlo.

2. Sever relies upon Plaintiff's Memorandum in Support of Plaintiff's

3:02CV722(AVC). July 16, 2004. To the extent that the plaintiff's motion in limine (document no. 151) seeks to preclude any expert testimony that "merely tells the jury what result to reach," the motion is GRANTED. Hygh v. Jacobs, 961 F.2d 359, 363 (2d Cir. 1992) (requiring "exclusion of expert testimony that expresses a legal conclusion"). In all other regards, the plaintiff's motion in limine (document no. 151) is DENIED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.