# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT
## Hartford

3:02CV722(AVC).   July 16, 2004.   This is an action for compensatory and punitive damages arising out of the alleged theft of an invention of a medical catheter device.  It is brought pursuant to common law tenets concerning fraud, conversion, and civil conspiracy.  The plaintiff has now filed the within motion to compel (document no. 152), seeking production of information regarding any and all applicable insurance policies.  The defendants respond that the plaintiff never sought such policies during discovery and therefore that his motion is baseless.  The defendants also maintain that the plaintiff, who by way of a counter claim is alleged to have committed legal malpractice, has failed to produce any applicable insurance policies, and, therefore, that the plaintiff should be compelled to produce any applicable insurance policies to the extent that they are compelled to produce their insurance policies.  For the reasons that hereinafter follow, the motion (document no. 152) is GRANTED as follows.

Pursuant to Fed. R. Civ. P. 26(a)(1)(D), "a party must, *without awaiting a discovery request*, provide to other parties . . . any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in an action . . . ." (Emphasis added.)  Further, a party may bring a motion to compel based on another party's failure to comply with the initial disclosure requirement of Rule 26(a).  See Fed. R. Civ. P. 37(a)(2)(A).

Applying these principles, the defendants' contention that the plaintiff's motion is baseless because he failed to seek such insurance policies during discovery is without merit.  Further, to the extent that there is an applicable insurance policy and to the extent that the defendants have failed to produce such policy, it appears that the defendants may not have complied with the initial disclosure requirements of Rule 26.  In this regard, the motion to compel is GRANTED; the defendants shall produce any applicable insurance policies as required under Rule 26.  However, it also appears that the plaintiff similarly may not have complied with the initial disclosure requirements of Rule 26.  Consequently, the plaintiff is ordered to produce any applicable insurance policies as required under Rule 26.  Both parties shall have to and including July 19, 2004 to comply with this order.
SO ORDERED.

Alfred V. Covello, U.S.D.J.