FILED

2004 JUL -1 A 9: 04

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FRANK SEVER, JR., :
:
    Plaintiff, : CIVIL ACTION NO.: 3:02CV722 (AVC)
:
v. :
:
MORTON G. GLICKMAN, DELCATH :
SYSTEMS, INC., and STEPHEN E. :
FELDMAN, :
:
    Defendants. : June 30, 2004

## MOTION IN LIMINE REGARDING PROOF OF DAMAGES

Defendants, Dr. Morton G. Glickman ("Dr. Glickman"), Delcath Systems Inc. ("Delcath") and Stephen E. Feldman, Esq. ("Feldman") (jointly "Defendants"), respectfully move, pursuant to Local Rule 7(a), that this Court preclude Plaintiff Frank Sever, Jr. ("Sever") from offering evidence regarding damages.

In support of this motion, Defendants respectfully represent as follows:

1. Sever was deposed on December 30, 2002.

FILED 2004 JUL 16 P 2:59 U.S. DISTRICT COURT HARTFORD, CT

3:02CV722(AVC) July 16, 2004. To the extent that the defendants'
motion in limine (document no. 148) seeks to exclude all evidence of
damages, the motion is DENIED. To the extent that the defendants'
motion in limine (document no. 148) seeks to exclude the evidence
regarding damages contained in the plaintiff's response to the
defendants' interrogatories, the motion is DENIED without prejudice
to its renewal at the time of trial should the plaintiff seek to
introduce such evidence.
SO ORDERED.

Alfred V. Covello, U.S.D.J.