AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

FILED

Plaintiff's

DISTRICT OF  CT

Frank Sever Jr.

v.

Horton Glickman, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3: 02 CV 722 (AVC)

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE Covello | | PLAINTIFF'S ATTORNEY Mitrano | | DEFENDANT'S ATTORNEY Clasen | |
| TRIAL DATE(S) 7/16/04 | | COURT REPORTER Lamoureux | | COURTROOM DEPUTY Walker | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/16/04 | ✓ | | 1/10/03 letter to Mitrano from Mariasy / Objection by D |
| 2 | | 7/16/04 | | ✓ | 7 pages of transcript included in Owen report |
| 3 | | 7/16/04 | ✓ | ✓ | CV of ~~Kodig~~ Koenig |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size