# United States District Court

**DISTRICT OF** CT

Frank Sever Jr.
v.
Morton Glickman, et al

Plaintiff **FILED**
2004 JUL 16 P 5:19
U.S. DISTRICT COURT
HARTFORD, CT.

**~~EXHIBIT AND~~ WITNESS LIST**

**CASE NUMBER:** 3:02CV722 (AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Mirano | Clasen |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 7/16/04 | ~~Clasen~~ Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/16/04 | | ✓ | David Mariasy, Toledo, OH |
| | | ~~7/16/04~~ | | ✓ | ~~Steven Feldman,~~ |
| | | 7/16/04 | | | Kodlig, Bruce Port Clifton, NJ |