AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **CT**

**Defendant's EXHIBIT AND WITNESS LIST**

Frank Sever Jr
v.
Morton Gluckman, et al

CASE NUMBER: 3:02CV722 (AVC)

2004 JUL 16 P 5:44

U.S. DISTRICT COURT
HARTFORD, CT.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Nitrano | Glasser |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 7/16/04 | Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/16/04 | | ✓ | Tom Owen, Colonia NJ |
| | | 7/16/04 | | ✓ | Steven Feldman, NY, NY |