AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**DISTRICT OF** CT

FILED
Defendant's
EXHIBIT AND WITNESS LIST

Frank Sever Jr
v.
Morton Glickman, et al

CASE NUMBER: 3:02CV00722(AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Mitrano | Clasen |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 7/16/04 | Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 26 | 7/16/04 | | | 7/21/97 notes of Feldman re: conversation |
| | 48 | 7/16/04 | | | POA 7/22/97 by Feldman → Sever |
| | 51 | 7/16/04 | | | Phone records from Feldman |