## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **FRANK SEVER, JR.,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO.:  3:02CV722 (AVC)** |
| | : | |
| **v.** | : | |
| | : | |
| **MORTON G. GLICKMAN, DELCATH** | : | |
| **SYSTEMS, INC., and STEPHEN E.** | : | |
| **FELDMAN,** | : | |
| | : | |
| **Defendants.** | : | |

### MOTION IN LIMINE TO EXCLUDE ALLEGED TAPE RECORDING

Defendants, Dr. Morton G. Glickman ("Dr. Glickman"), Delcath Systems Inc. ("Delcath") and Stephen E. Feldman, Esq.  ("Feldman") (jointly "Defendants"), respectfully move, pursuant to Local Rule 7(a), that this Court preclude Plaintiff Frank Sever, Jr. ("Sever") from offering into evidence a tape recording which he alleges was made of a conversation with Feldman in the summer of 1997.

In support of this motion, Defendants respectfully represent as follows:

1.    Sever has repeatedly during the pre-trial proceedings in this case made reference to a tape recording which he alleges was made of a conversation with defendant Feldman in the summer of 1997.

2.    The tape recording should be excluded because it is not authentic.  Defendants have had the recording analyzed by an expert, who concluded that the tape had been altered with a portion recorded over and, therefore, in his opinion, the recording is not authentic.

STAM1-761712-1

3.      In addition, the recording is alleged to represent a conversation between Sever and Feldman at a time when both those individuals were attorneys and retained by defendant Delcath.

4.      Therefore, the recording should also be excluded on the grounds it is a privileged communication and Delcath has not waived the privilege.

WHEREFORE, for the reasons set forth in greater detail in Defendants' Memorandum of Law In Support Of Defendants' Motion In Limine To Exclude Alleged Tape Recording, dated February 9, 2004, Defendants request this Court prohibit Sever from offering into evidence the alleged tape recording.

Dated: Stamford, Connecticut
July 19, 2004

                        DEFENDANTS MORTON G. GLICKMAN,
                        DELCATH SYSTEMS INC. AND
                        STEPHEN E. FELDMAN


By:    /s/   Joseph L. Clasen
      Joseph L. Clasen, Esq. (ct04090)
      Thomas J. Donlon (ct22839)
      e-mail:    jclasen@rc.com
                  tdonlon@rc.com
      ROBINSON & COLE LLP
      Financial Centre
      695 East Main Street
      Post Office Box 10305
      Stamford, CT  06904-2305
      Telephone:  (203) 462-7500
      Facsimile:  (203) 462-7599

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid to counsel of record for the Plaintiff, Frank B. Velardi, Jr., Esq., Lasala, Walsh, Wicklow & Velardi, 168 Bradley Street, New Haven, Connecticut 06511 and to Peter Paul Mitrano, Esq., 581 Boylston Street, Suite 201, Boston, Massachusetts 02116, this 19th day of July, 2004.


　　　/s/　Thomas J. Donlon　　　
Thomas J. Donlon