AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CT

Frank Sever, Jr.

v.

Morton Glickman, et al

Plaintiff's
EXHIBIT ~~AND WITNESS~~ LIST

FILED 9:51

Case Number: 3:02CV722(AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Mitrano | Clasen, Donlon |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/19/04 - 21/04 | Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 4 |  | 7/19/04 | ✓ | ✓ | 5/18/97 letter Feldman → Sever re: Tower patent |
| 5 |  | 7/19/04 | ✓ | ✓ | 5/22/97 Fax Sever → Feldman re " " |
|  | 52 | 7/19/04 | ✓ | ✓ | 8/27/97 Statement of Account |
|  | 39 | 7/19/04 | ✓ | ✓ | 5/27/97 letter Feldman → Sever |
|  | 42 | 7/19/04 | ✓ | ✓ | 7/11/97 " " " " |
|  | 100 | 7/19/04 | ✓ | ✓ | 7/28/97 " " " " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages