# UNITED STATES DISTRICT COURT
## DISTRICT OF CT

FILED 2004 JUL 21 A 9: 51
U.S. DISTRICT COURT
HARTFORD, CT.

Frank Sever, Jr.

V.

Morton Glickman, et al

Plaintiff ~~EXHIBIT AND WITNESS LIST~~ (WITNESS LIST)

Case Number: 3:02CV722 (AVC)

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE Covello | | | PLAINTIFF'S ATTORNEY Mitrano | | DEFENDANT'S ATTORNEY Clasen, Donlon |
| TRIAL DATE(S) 7/19/04, 7/20, 7/21/04 | | | COURT REPORTER Lamoureux | | COURTROOM DEPUTY Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/19/04 | | | Deborah Sever, Virginia |
| 2 | | 7/19/04 | | | Steven Feldman (adverse witness) - NY |
| 3 | | 7/19/04 | | | Frank Sever, Florida |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages