# United States District Court

DISTRICT OF **CT**

Defendant's ~~USED~~

Frank Sever, Jr.
v.
Horton Glickman, et al

(EXHIBIT) ~~AND WITNESS~~ LIST

CASE NUMBER: 3:02CV722(AVC)

2004 JUL 24 A 9:51

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Mitrano | Clasen; Donlon |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 7/19/04, 7/20 - 7/21 | Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 37 | 7/19/04 | ✓ | ✓ | 5/18/97 letter Feldman → Sever |
| | 36 | 7/19/04 | ✓ | ✓ | File Wrapper Tower Patent |
| | 18 | 7/19/04 | ✓ | ✓ | 3/25/97 Fax Sever → Bertram |
| | 31 | 7/19/04 | ✓ | ✓ | Abstract |
| | 12 | 7/19/04 | ✓ | ✓ | Background of the Invention |
| | 38 | 7/19/04 | ✓ | ✓ | 5/22/97 Fax Sever → Feldman re: Tower patent |
| | 40 | 7/19/04 | ✓ | ✓ | 5/30/97 Fax Sever → Feldman |
| | 42 | 7/19/04 | ✓ | ✓ | (Admitted by π) 7/11/97 letter Feldman → Sever |
| | 43 | 7/19/04 | ✓ | ✓ | 7/15/97 Fax Sever → Feldman |
| | 95 | 7/19/04 | ✓ | ✓ | Hypothetical memo to Ms. Telegadus |
| | 85 | 7/19/04 | ✓ | ✓ | Sever/Glickman USPTO Interference - Memo/decision |
| 14 | ~~15~~ 6 | 7/19/04 | ✓ | ✓ | 3/14/97 letter Feldman → Glickman |
| | 16 | 7/19/04 | ✓ | ✓ | 3/24/97 letter Feldman - Foltz - lateral movement |
| | 17 | 7/19/04 | ✓ | ✓ | 3/24/97 Letter Feldman - Foltz - NuMed Search |
| | 23 | 7/19/04 | ✓ | ✓ | 4/4/97 Memo Foltz — Feldman |
| | 22 | 7/19/04 | ✓ | ✓ | 4/2/97 letter Foltz - Feldman |
| | 32 | 7/19/04 | ✓ | ✓ | 4/15/97 letter Foltz → Feldman |
| | 41 | 7/19/04 | ✓ | ✓ | 6/6/97 letter |
| | 44 | 7/19/04 | ✓ | ✓ | 7/15/97 letter Feldman → Glickman w/ app. |
| | 46 | 7/19/04 | ✓ | ✓ | 7/16/97 letter Feldman → Russell |
| | 49 | 7/19/04 | ✓ | ✓ | 7/30/97 letter Feldman → Foltz - re catheter |
| | 83 | 7/20/04 | ✓ | ✓ | Patent as issued on lateral |

AO 187A (Rev. 7/87) ®

Defendants'
EXHIBIT ~~AND WITNESS~~ LIST — CONTINUATION

Frank Sever Jr    vs.  Morton Glickman, et al    CASE NO. 3:02CV722 (AVC)

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 99 | 7/20/04 | ✓ | ✓ | letter Feldman → Sever 6/10/97 |
| | 6 | 7/20/04 | ✓ | ✓ | 1/20/94 letter Feldman → Reichstein |
| | 8 | 7/20/04 | ✓ | ✓ | Feldman's drawing of lateral movement tele catheter |
| | 9 | 7/20/04 | ✓ | ✓ | Handwritten note 2-10-97 Mitri → Feldman |
| | 10 | 7/20/04 | ✓ | ✓ | 2/12/97 letter Russell → Feldman re NuMED search |
| | 11 | 7/20/04 | ✓ | ✓ | 2/19/97 letter Feldman → Reichstein re NuMED |
| | 93 | 7/20/04 | ✓ | ✓ | Glickman CV |
| | 1 | 7/20/04 | ✓ | ✓ | Drawing - 1993 |
| | 2 | 7/20/04 | ✓ | ✓ | Drawing |
| | 7 | 7/20/04 | ✓ | ✓ | 1/17/96 note Mitri → Feldman |

Page ___ of ___ Pages