# United States District Court

DISTRICT OF **CT**

Frank Sever, Jr.
v.
Morton Glickman, et al

~~EXHIBIT AND~~ **Defendant's** WITNESS LIST

FILED

CASE NUMBER: [handwritten]

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Mitrano | Clasen |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 7/19/04 | Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 7/19/04 |  | ✓ | Jonathan Foltz, Wilton, CT |
|  | 2 | 7/20/04 |  | ✓ | "    "    " |
|  | 3 | 7/20/04 |  | ✓ | Steven Feldman, NY, NY |
|  | 4 | 7/20/04 |  | ✓ | Morton Glickman, New Haven, CT |
|  | 5 | 7/20/04 |  | ✓ | James Trowbridge, Hamden, CT |
|  | 6 | 7/20/04 |  | ✓ | Charles Berman, NY, NY |
|  | 7 | 7/20/04 |  | ✓ | Eugene Rzucildo, NJ |
|  | 8 | 7/20/04 |  | ✓ | Peter Berger, NY, NY |
|  | 9 | 7/20/04 |  | ✓ | Salvatore Mitri, NY |