UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK SEVER, JR.  :
  Plaintiff,  :
   :
vs.  :   Civil No. 3:02CV722 (AVC)
   :
MORTON G. GLICKMAN,  :
DELCATH SYSTEMS, INC.,  :
STEPHEN E. FELDMAN  :
  Defendants.  :

## VERDICT FORM

We the jury unanimously find:

1. Has the plaintiff Frank Sever proven that Morton G. Glickman committed a fraud upon him?

    YES _____     NO ✓_____

    A. If no, then continue on to question two.

    B. If yes, when (month, year) did Mr. Glickman defraud Mr. Sever? _____

2. Has the plaintiff Frank Sever proven that Stephen E. Feldman committed a fraud upon him?

    YES _____     NO ✓_____

    A. If no, then continue on to question three.

    B. If yes, when (month, year) did Mr. Feldman defraud Mr. Sever? _____

If you answered No to Questions 1 and 2, go to Question 4; otherwise, go to Question 3.

3. Has the plaintiff, Frank Sever, proven that Mr. Glickman and Mr. Feldman conspired to defraud him?

    YES_____     NO_____

    A. If no, continue to question four.

    B. If yes, when (month, year) did the defendants form the conspiracy? _____

4.  Has the plaintiff proven that Mr. Glickman converted Mr. Sever's property?

    YES _____                          NO ✓

    A. If no, then continue to question five.

    B. If yes, when (month, year) did Mr. Glickman convert the property? _____

5.  Has the plaintiff proven that Mr. Feldman converted Mr. Sever's property?

    YES _____                          NO ✓

    A. If no, then continue to question six.

    B. If yes, when (month, year) did Mr. Feldman convert the property? _____

6.  Has the plaintiff proven that Delcath Systems, Inc. converted Mr. Sever's property?

    YES _____                          NO ✓

    A. If no, then continue to question seven.

    B. If yes, when (month, year) did Delcath Systems, Inc. convert the property? _____

7.  Has Delcath Systems, Inc. proven that Frank Sever committed legal malpractice?

    YES _____                          NO ✓

8.  Has Delcath Systems, Inc. proven that Frank Sever breached his fiduciary duty?

    YES _____                          NO ✓

### Damages

Plaintiff's Causes of Action

1. Fraud

    a. If you find that Mr. Sever has proven fraud, what are his damages? _____

2. Conversion

    a. If you find that Mr. Sever has proven that his property was converted, what are his damages? _____

Compensatory damages are intended to make a person whole; therefore, you may not award an individual damages twice for the same harm.

3. Punitive Damages

    a. Do you find that Mr. Sever is entitled to punitive damages?

        YES_____          NO __✓__

        A. If yes, what is the amount of punitive damages?_____


<u>Delcath Systems, Inc.'s Counterclaims</u>

1. Legal Malpractice

    a. If you find that Mr. Sever committed legal malpractice, what are the damages?_____

2. Breach of Fiduciary Duty

    a. If you find that Mr. Sever breached his fiduciary duty, what are the damages?_____


Compensatory damages are intended to make a person whole; therefore, you may not award an individual damages twice for the same harm.


Dated at Hartford, Connecticut
This 21st Day of July, 2004.


                                                          _____
                                                          Jury Foreperson