AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

| | |
|---|---|
| Frank Sever Jr. | DISTRICT OF __CT__ |
| v. | |
| Morton Gluckman, et al | |

Court

## EXHIBIT AND ~~WITNESS~~ LIST

CASE NUMBER: 3:02CV722 (AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Hitrano | Clasen, Donlan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/19/04, 7/20/04, 7/21/04 | Lamoureux | Walker |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/20/04 | | | Note from Juror re: Berman |
| 2 | | 7/21/04 | | | Jury Charge |
| 3 | | 7/21/04 | | | Note from Juror re: legal malpractice |
| | | 7/21/04 | | | Note from Juror re: verdict reached |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size