UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK SEVER, JR.

    V.                                  CASE NO. 3:02CV00722(AVC)

MORTON G. GLICKMAN,
STEPHEN E. FELDMAN and
DELCATH SYSTEMS, INC.

## J U D G M E N T

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and the defendants having filed a counterclaim against the plaintiff; and

The matters having been tried before a jury and, on July 21, 2004, the jury having returned a verdict in favor of the defendants on the plaintiff's complaint and further having returned a verdict in favor of the plaintiff on the defendants' counterclaim; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants on plaintiff's complaint; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff on defendants' counterclaim.

Dated at Hartford, Connecticut, this 29th day of July, 2004.

                                                KEVIN F. ROWE, Clerk

                                                By   /s/ JW
                                                    Jo-Ann Walker
EOD: _____                    Deputy Clerk