# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

| | |
|---|---|
| FRANK SEVER, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:02cv722 (AVC) |
| MORTON G. GLICKMAN, *et al.*, | ) Date of this Pleading: July 29, 2004 |
| Defendants. | ) |

**Plaintiff's Motion for Reconsideration of this Court's Ruling from the Bench on July 16, 2004 to Grant Defendants' Motion in Limine to Exclude Evidence and/or Plaintiff's Opposition to Defendants' Motion in Limine to Exclude Alleged Tape Recording**

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states Plaintiff's Motion for Reconsideration of this Court's Ruling from the Bench on July 16, 2004 to Grant Defendants' Motion in Limine to Exclude Evidence and/or Plaintiff's Opposition to Defendants' Motion in Limine to Exclude Alleged Tape Recording[1] as follows:

1. On July 16, 2004, in a ruling from the bench, this Court ruled that

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Connecticut, plaintiff respectfully requests oral argument.

1

Defendants' Motion in Limine to Exclude Evidence was granted. Note that just prior to said ruling on July 16, 2004, this Court stated that there was no pending motion filed with this Court to exclude evidence of the subject tape recording.

2. The plaintiff Sever respectfully requests that this Court reconsider said ruling made on July 16, 2004 granting Defendants' Motion in Limine to Exclude Evidence in order to correct a clear error of law and to prevent manifest injustice. Sever further states that it was undisputed that at least the first eleven minutes of the tape was an original recording of recorded matter that was continuous and unaltered.

3. Plaintiff also relies upon the attached Memorandum in Support of Plaintiff's Motion for Reconsideration of this Court's Ruling from the Bench on July 16, 2004 to Grant Defendants' Motion in Limine to Exclude Evidence and/or Plaintiff's Opposition to Defendants' Motion in Limine to Exclude Alleged Tape Recording.

4. WHEREFORE, plaintiff, Frank Sever, Jr., respectfully requests that this Honorable Court grant Plaintiff's Motion for Reconsideration of this Court's Ruling from the Bench on July 16, 2004 to Grant Defendants' Motion in Limine to Exclude Evidence and/or deny Defendants' Motion in Limine to Exclude Alleged Tape Recording.

Respectfully submitted,

/s/ Peter P. Mitrano
Peter Paul Mitrano (admitted *pro hac vice*)
Ct. Fed. Bar No.: 23733

        Suite 201
        581 Boylston Street
        Boston, Massachusetts 02116
        (617) 236-5655

        Local Connecticut Counsel:

        _____
        Frank B. Velardi, Jr.
        Ct. Fed. Bar No.: 07893
        Lasala, Walsh, Wicklow & Velardi
        168 Bradley Street
        Post Office Box 1302
        New Haven, Connecticut 06505-1302
        (203) 785-8929
        (203) 776-4663 (facsimile)

        Attorneys for Plaintiff
        Frank Sever, Jr.

Dated: July 29, 2004.

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Plaintiff's Motion for Reconsideration of this Court's Ruling from the Bench on July 16, 2004 to Grant Defendants' Motion in Limine to Exclude Evidence and/or Plaintiff's Opposition to Defendants' Motion in Limine to Exclude Alleged Tape Recording to be deposited with the United States Postal Service, postage prepaid for first-class mail, on this 29th day of July 2004 addressed to Joseph L. Clasen, Esquire and James M. Ruel, Esquire, Robinson & Cole LLP, Financial Centre, 695 East Main Street, Post Office Box 10305, Stamford, Connecticut 06904-2305.

Peter Paul Mitrano