**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**450 MAIN STREET**
**HARTFORD, CT 06103**

*FILED*

2004 AUG -2  A II: 20

U.S. DISTRICT COURT
HARTFORD, CT.

July 23, 2004

Peter P. Mitrano
581 Boylston Street
Suite 201
Boston, MA 02116

Dear Mr. Mitrano:

Re:    Frank Sever, Jr. v. Morton G. Glickman, et al
       3:02cv00722(AVC)

The above-identified matter having been disposed of in this court:

(x)    Enclosed are the Plaintiff's/Third Party Defendant's exhibits marked as full from trial and
       the 7/16/04 hearing.

Please acknowledge receipt of the documents on the copy of this letter and return it to the
Hartford Clerk's Office.

Thank you for your cooperation.

Sincerely,

KEVIN F. ROWE, CLERK

*JoAnn Walker*
Deputy Clerk

ACKNOWLEDGMENT: _Peter P. Mitrano_ DATE: _July 31, 2004_

ACKNOWLEDGMENT: _Peter P. Mitrano_ DATE: _July 31, 2004_

ACKNOWLEDGMENT: _Peter P. Mitrano_ DATE: _July 31, 2004_