**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**450 MAIN STREET**
**HARTFORD, CT 06103**

FILED

2004 AUG -4  A 11: 02

U.S. DISTRICT COURT
HARTFORD, CT.

July 23, 2004

Joseph L. Clasen
Robinson & Cole
Financial Centre, 695 E. Main St.,
Stamford, CT 06904-2305

Thomas J. Donlon
Robinson & Cole
Financial Centre, 695 E. Main St.,
Stamford, CT 06904-2305

Gentlemen:

    Re:   <u>Frank Sever, Jr. v. Morton G. Glickman, et al</u>
          3:02cv00722(AVC)

The above-identified matter having been disposed of in this court:

(x)    Enclosed are the Defendants'/Third Party Plaintiffs' exhibits marked as full from trial and
       the 7/16/04 hearing.

Please acknowledge receipt of the documents on the copy of this letter and return it to the
Hartford Clerk's Office.

Thank you for your cooperation.

               Sincerely,

               KEVIN F. ROWE, CLERK

               JoAnn Walker
               Deputy Clerk

ACKNOWLEDGMENT:_____ DATE: 7/28/0K