# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| FRANK SEVER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:02cv722 (AVC) |
| | ) | |
| MORTON G. GLICKMAN, *et al.*, | ) | Date of this Pleading: July 29, 2004 |
| | ) | |
| Defendants. | ) | |

### Plaintiff's Motion for Reconsideration of this Court's Ruling from the Bench on July 16, 2004 to Grant Defendants' Motion in Limine to Exclude Evidence and/or Plaintiff's Opposition to Defendants' Motion in Limine to Exclude Alleged Tape Recording

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states Plaintiff's Motion for Reconsideration of this Court's Ruling from the Bench on July 16, 2004 to Grant Defendants' Motion in Limine to Exclude Evidence and/or Plaintiff's Opposition to Defendants' Motion in Limine to Exclude Alleged Tape Recording[1] as follows:

On July 16, 2004, in a ruling from the bench, this Court ruled that

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Connecticut, plaintiff respectfully requests oral argument.

1