# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

FRANK SEVER, JR., )
)
      Plaintiff, )
)
v. )   Civil Action No. 3:02cv722 (AVC)
)
MORTON G. GLICKMAN, *et al.*, )   Date of this Pleading: August 3, 2004
)
      Defendants. )

**Plaintiff's Motion for Judgment as a Matter of Law Based Upon the Reconsideration of this Court's Ruling from the Bench on July 16, 2004 Related to the Tape; or in the Alternative, Plaintiff's Motion for a New Trial as to Only Plaintiff's Claims Against the Defendants**

Plaintiff, Frank Sever, Jr. (hereinafter sometimes referred to as "Sever"), by and through his undersigned attorneys, states Plaintiff's Motion for Judgment as a Matter of Law Based Upon the Reconsideration of this Court's Ruling from the Bench on July 16, 2004 Related to the Tape; or in the Alternative, Plaintiff's Motion for a New Trial as to Only Plaintiff's Claims Against the Defendants[1] as follows:

On July 16, 2004, in a ruling from the bench, this Court ruled that Defendants' Motion in Limine to Exclude Evidence was granted.

---

[1]     Pursuant to the Local Rules of the United States District Court for the District of Connecticut, plaintiff respectfully requests oral argument.

*August 5, 2004. SO ORDERED. DENIED. /s/ Alfred V. Covello U.S.D.J.*

1