# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

| | |
|---|---|
| FRANK SEVER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:02cv722 (AVC) |
| ) | |
| MORTON G. GLICKMAN, *et al.*, ) | Date of this Pleading: August 18, 2004 |
| ) | |
| Defendants. ) | |

## Notice of Appeal

Notice is hereby given that Frank Sever, Jr., plaintiff in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Second Circuit from the portion of the final Judgment order entered in this action on the 29th day of July 2004 granting judgment "in favor of the defendants on plaintiff's complaint"; the subsequent Findings of Fact and Conclusions of Law on the Defendants' Motion *in Limine* entered by this Court on August 2, 2004; the denial entered by this Court on August 5, 2004 of Plaintiff's Motion for Reconsideration of this Court's Ruling from the Bench on July 16, 2004 to Grant Defendants' Motion in Limine to Exclude Evidence and/or Plaintiff's Opposition to Defendants' Motion in Limine to Exclude Alleged Tape Recording (which was filed on July 30, 2004); the denial entered by this Court on August 5, 2004 of Plaintiff's Motion for Judgment as a Matter

1

of Law Based Upon the Reconsideration of this Court's Ruling from the Bench on July 16, 2004 Related to the Tape; or in the Alternative, Plaintiff's Motion for a New Trial as to Only Plaintiff's Claims Against the Defendants (which was filed on August 4, 2004); and, this Court's ruling from the bench on July 16, 2004 to grant Defendants' Motion in Limine to Exclude Evidence related to the tape.

        Respectfully submitted,

        _____
        Peter Paul Mitrano (admitted *pro hac vice*)
        Ct. Fed. Bar No.: 23733
        Suite 201
        581 Boylston Street
        Boston, Massachusetts  02116
        (617) 236-5655

        Local Connecticut Counsel:

        _____
        Frank B. Velardi, Jr.
        Ct. Fed. Bar No.: 07893
        Lasala, Walsh, Wicklow & Velardi
        168 Bradley Street
        Post Office Box 1302
        New Haven, Connecticut  06505-1302
        (203) 785-8929
        (203) 776-4663 (facsimile)

        Attorneys for Plaintiff
        Frank Sever, Jr.

Dated: August 18, 2004.

<u>Certificate of Service</u>

    I hereby certify that I caused a copy of the foregoing Notice of Appeal to be deposited with the United States Postal Service, postage prepaid for first-class mail, on this 18th day of August 2004 addressed to Joseph L. Clasen, Esquire and James M. Ruel, Esquire, Robinson & Cole LLP, Financial Centre, 695 East Main Street, Post Office Box 10305, Stamford, Connecticut  06904-2305.

                                                           _____

                                                           Peter Paul Mitrano