# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### Hartford

FRANK SEVER, JR., )
)
       Plaintiff, )
)
v. )  Civil Action No. 3:02cv722 (AVC)
)
MORTON G. GLICKMAN, *et al.*, )
)
       Defendants. )

## Index to the Record on Appeal

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 4/25/02 | 1 | Complaint | 1 |
| 4/25/02 | 2 | Order | 2 |
| 5/21/02 | 3 | Appearance | 3 |
| 5/21/02 | 4 | Appearance | 4 |
| 5/21/02 | 5 | Motion | 5 |
| 5/23/02 | 6 | Summons | 6 |
| 5/23/02 | 7 | Summons | 7 |
| 5/23/02 | 8 | Summons | 8 |
| 5/24/02 | 9 | Motion | 9 |
| 5/24/02 | 10 | Order | 10 |
| 6/5/02 | 11 | Appearance | 11 |

| Date | No. | Type | No. |
|---|---|---|---|
| 6/20/02 | 12 | Motion | 12 |
| 7/1/02 | 13 | Motion | 13 |
| 7/10/02 | 14 | Motion | 14 |
| 7/15/02 | 15 | Report | 15 |
| 7/16/02 | 16 | Motion | 16 |
| 7/19/02 | 17 | Scheduling Order | 17 |
| 7/30/02 | 18 | Motion | 18 |
| 7/30/02 | 19 | Memorandum | 19 |
| 8/12/02 | 20 | Appearance | 20 |
| 8/19/02 | 21 | Appearance | 21 |
| 8/19/02 | 22 | Motion | 22 |
| 8/19/02 | 23 | Memorandum | 23 |
| 8/27/02 | 24 | Memorandum | 24 |
| 9/3/02 | 25 | Appearance | 25 |
| 9/3/02 | 26 | Motion | 26 |
| 9/6/02 | 27 | Reply | 27 |
| 9/13/02 | 28 | Motion | 28 |
| 9/25/02 | 29 | Objection | 29 |
| 10/28/02 | 30 | Motion | 30 |
| 11/1/02 | 31 | Surreply | 31 |
| 11/1/02 | 32 | Affidavit | 32 |
| 11/18/02 | 33 | Motion | 33 |
| 11/21/02 | 34 | Letter | 34 |

| Date | No. | Description | No. |
|---|---|---|---|
| 12/19/02 | 35 | Motion | 35 |
| 12/19/02 | 36 | Memorandum & Statement | 36 |
| 12/19/02 | 37 | Affidavit | 37 |
| 12/27/02 | 38 | Motion | 38 |
| 12/27/02 | 39 | Certificate of Service | 39 |
| 1/9/03 | 40 | Motion | 40 |
| 1/13/03 | 41 | Appearance | 41 |
| 1/15/03 | 43 | Notice | 42 |
| 1/16/03 | 42 | Response | 43 |
| 1/23/03 | 44 | Motion | 44 |
| 1/23/03 | 45 | Memorandum | 45 |
| 1/23/03 | 46 | Reply | 46 |
| 1/23/03 | 47 | Affidavit | 47 |
| 2/11/03 | 48 | Response | 48 |
| 2/12/03 | 49 | Memorandum | 49 |
| 2/12/03 | 50 | Affidavit | 50 |
| 2/24/03 | 51 | Reply | 51 |
| 2/27/03 | 52 | Reply | 52 |
| 3/11/03 | 53 | Ruling | 53 |
| 3/24/03 | 54 | Motion | 54 |
| 3/31/03 | 55 | Appearance | 55 |
| 4/28/03 | 56 | Answer & Counterclaim | 56 |
| 4/10/03 | 57 | Cross-Motion | 57 |

| Date | No. | Type | No. |
|---|---|---|---|
| 4/10/03 | 58 | Memorandum | 58 |
| 4/10/03 | 59 | Statement | 59 |
| 4/10/03 | 60 | Statement | 60 |
| 4/10/03 | 61 | Appendix | 61 |
| 4/10/03 | 62 | Discovery Conference | 62 |
| 4/10/03 | 63 | Settlement Conference | 63 |
| 4/14/03 | 64 | Affidavit | 64 |
| 4/28/03 | 65 | Reply | 65 |
| 4/30/03 | 66 | Motion | 66 |
| 4/30/03 | 67 | Memorandum | 67 |
| 5/1/03 | 68 | Motion | 68 |
| 5/6/03 | 69 | Memorandum | 69 |
| 5/6/03 | 70 | Statement | 70 |
| 5/16/03 | 71 | Affidavit | 71 |
| 5/19/03 | 72 | Memorandum | 72 |
| 5/19/03 | 73 | Reply | 73 |
| 5/20/03 | 74 | Motion | 74 |
| 5/22/03 | 75 | Motion | 75 |
| 6/6/03 | 76 | Memorandum | 76 |
| 6/20/03 | 77 | Motion | 77 |
| 6/24/03 | 78 | Reply & Motion | 78 |
| 6/24/03 | 79 | Reply | 79 |
| 7/2/03 | 80 | Ruling | 80 |

| Date | No. | Description | No. |
|---|---|---|---|
| 7/17/03 | 81 | Memorandum | 81 |
| 7/17/03 | 82 | Motion | 82 |
| 7/22/03 | 83 | Second Motion | 83 |
| 7/22/03 | 84 | Memorandum | 84 |
| 7/22/03 | 85 | Affidavit | 85 |
| 7/31/03 | 86 | Ruling | 86 |
| 8/1/03 | 87 | Memorandum | 87 |
| 8/1/03 | 88 | Reply | 88 |
| 8/4/03 | 89 | Motion | 89 |
| 8/15/03 | 90 | Memorandum | 90 |
| 8/15/03 | 91 | Affidavit | 91 |
| 9/2/03 | 92 | Reply | 92 |
| 1/9/04 | 93 | Ruling Order | 93 |
| 1/23/04 | 94 | Endorsement Order | 94 |
| 1/23/04 | 95 | Reply | 95 |
| 2/6/04 | 96 | Motion | 96 |
| 2/9/04 | 97 | Partial Joint Trial Brief | 97 |
| 2/9/04 | 98 | Memorandum | 98 |
| 2/10/04 | 99 | Endorsement Order | 99 |
| 2/10/04 | 100 | Endorsement Order | 100 |
| 2/10/04 | 101 | Protective Order | 101 |
| 2/11/04 | 102 | Memorandum | 102 |
| 2/12/04 | 103 | Endorsement Order | 103 |

| Date | No. | Type | No. |
|---|---|---|---|
| 3/1/04 | 104 | Memorandum | 104 |
| 3/5/04 | 105 | Motion | 105 |
| 3/5/04 | 106 | Memorandum | 106 |
| 3/5/04 | 107 | Statement | 107 |
| 3/10/04 | 108 | Motion | 108 |
| 3/10/04 | 109 | Memorandum | 109 |
| 3/15/04 | 110 | Trial Brief | 110 |
| 3/15/04 | 111 | Revised Trial Brief | 111 |
| 3/15/04 | 112 | Objection | 112 |
| 3/15/04 | 113 | Reply | 113 |
| 3/23/04 | 114 | Memorandum | 114 |
| 3/26/04 | 115 | Memorandum | 115 |
| 3/26/04 | 116 | Statement | 116 |
| 4/2/04 | 117 | Motion | 117 |
| 4/2/04 | 118 | Memorandum | 118 |
| 4/5/04 | 119 | Opposition | 119 |
| 4/7/04 | 120 | Reply | 120 |
| 4/12/04 | 121 | Reply | 121 |
| 4/15/04 | 122 | Memorandum | 122 |
| 4/23/04 | 123 | Ruling | 123 |
| 4/23/04 | 124 | Ruling and Order | 124 |
| 4/26/04 | 125 | Statement | 125 |
| 4/29/04 | 126 | Order | 126 |

| Date | No. | Type | No. |
|---|---|---|---|
| 4/29/04 | 127 | Motion | 127 |
| 4/29/04 | 128 | Motion | 128 |
| 4/29/04 | 129 | Memorandum | 129 |
| 4/29/04 | 130 | Memorandum | 130 |
| 5/4/04 | 131 | Calendar Entry | 131 |
| 5/10/04 | 132 | Memorandum | 132 |
| 5/20/04 | 133 | Memorandum | 133 |
| 5/24/04 | 134 | Reply | 134 |
| 5/24/04 | 135 | Affidavit | 135 |
| 5/25/04 | 136 | Reply | 136 |
| 5/25/04 | 137 | Letter | 137 |
| 6/7/04 | 138 | Endorsement Order | 138 |
| 6/10/04 | 139 | Calendar Entry | 139 |
| 6/17/04 | 140 | Objection | 140 |
| 6/17/04 | 141 | Memorandum | 141 |
| 6/18/04 | 142 | Motion | 142 |
| 6/18//04 | 143 | Endorsement Order | 143 |
| 6/21/04 | 144 | Endorsement Order | 144 |
| 6/28/04 | 145 | Affidavit | 145 |
| 6/29/04 | 146 | Minute Entry | 146 |
| 7/1/04 | 147 | Minute Entry | 147 |
| 7/1/04 | 148 | Motion | 148 |
| 7/1/04 | 149 | Memorandum | 149 |

| Date | # | Description | # |
| --- | --- | --- | --- |
| 7/6/04 | 150 | Supplemental Exhibit | 150 |
| 7/9/04 | 151 | Motion | 151 |
| 7/9/04 | 152 | Motion | 152 |
| 7/12/04 | 153 | Calendar Entry | 153 |
| 7/15/04 | 154 | Memorandum | 154 |
| 7/16/04 | 155 | Response | 155 |
| 7/16/04 | 156 | Memorandum | 156 |
| 7/16/04 | 157 | Endorsement Order | 157 |
| 7/16/04 | 158 | Endorsement Order | 158 |
| 7/16/04 | 159 | Endorsement Order | 159 |
| 7/16/04 | 160 | Minute Entry | 160 |
| 7/16/04 | 161 | Exhibit List | 161 |
| 7/16/04 | 162 | Witness List | 162 |
| 7/16/04 | 163 | Witness List | 163 |
| 7/16/04 | 164 | Exhibit List | 164 |
| 7/19/04 | 165 | Transcript | 165 |
| 7/19/04 | 166 | Minute Entry | 166 |
| 7/20/04 | 167 | Partial Transcript | 167 |
| 7/20/04 | 168 | Motion | 168 |
| 7/20/04 | 169 | Minute Entry | 169 |
| 7/21/04 | 170 | Minute Entry | 170 |
| 7/21/04 | 171 | Exhibit List | 171 |
| 7/21/04 | 172 | Witness List | 172 |

| Date | No. | Description | No. |
|---|---|---|---|
| 7/21/04 | 173 | Exhibit List | 173 |
| 7/21/04 | 174 | Witness List | 174 |
| 7/21/04 | 175 | Jury Verdict | 175 |
| 7/21/04 | 176 | Court Exhibit List | 176 |
| 7/29/04 | 177 | Judgment | 177 |
| 7/30/04 | 179 | Motion | 178 |
| 7/30/04 | 180 | Memorandum | 179 |
| 8/2/04 | 178 | Findings of Fact | 180 |
| 8/2/04 | 181 | Acknowledgement | 181 |
| 8/4/04 | 182 | Motion | 182 |
| 8/4/04 | 183 | Memorandum | 183 |
| 8/4/04 | 184 | Acknowledgement | 184 |
| 8/5/04 | 185 | Endorsement Order | 185 |
| 8/5/04 | 186 | Endorsement Order | 186 |
| 8/19/04 | 187 | Notice of Appeal | 187 |
| 8/19/04 | 188 | Notice of Appeal | 188 |

Respectfully submitted,

*[signature: Peter P. Mitrano]*

Peter Paul Mitrano (admitted *pro hac vice*)
Ct. Fed. Bar No.: 23733
Suite 201
581 Boylston Street
Boston, Massachusetts 02116
(617) 236-5655

Local Connecticut Counsel:

Frank B. Velardi, Jr.
Ct. Fed. Bar No.: 07893
Lasala, Walsh, Wicklow & Velardi
168 Bradley Street
Post Office Box 1302
New Haven, Connecticut 06505-1302
(203) 785-8929
(203) 776-4663 (facsimile)

Attorneys for Plaintiff
Frank Sever, Jr.

Dated: September 7, 2004.

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Index to the Record on Appeal to be deposited with the United States Postal Service, postage prepaid for first-class mail, on this 7th day of September 2004 addressed to Joseph L. Clasen, Esquire and James M. Ruel, Esquire, Robinson & Cole LLP, Financial Centre, 695 East Main Street, Post Office Box 10305, Stamford, Connecticut 06904-2305.

_____
Peter Paul Mitrano