# ROBINSON & COLE LLP

THOMAS J. DONLON

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
tdonlon@rc.com
Direct (203) 462-7549

Also admitted in New York
and Michigan

July 2, 2004

**FEDERAL EXPRESS**

Peter Paul Mitrano, Esq.
581 Boylston Street
Suite 201
Boston, MA 02116

Re: **Sever v. Glickman, et al**
Docket No.: **3:02CV722 (AVC)**

Dear Mr. Mitrano:

Pursuant to Judge Covello's Order On The Plaintiff's Motion For Leave To Call Rebuttal Witness, dated April 29, 2004, "any costs or expenses associated with any party's deposition of the plaintiff's rebuttal expert **shall be borne by the plaintiff.**" (emphasis added). The deposition of said expert, Mr. Koenig, was held on May 25, 2004. Below is a list of the costs and expenses incurred in that deposition.

| | |
|---|---|
| Attorney's Fees | $2,650.00 |
| Court Reporter | $ 270.00 |
| **TOTAL** | $2,920.30 |

Please expedite payment of this amount to our firm at the above address. If you have any questions, please contact Mr. Joseph Clasen at 203-462-7510.

Sincerely,

Thomas J. Donlon

TJD/sj
Enclosure



*Law Offices*

BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK
SARASOTA

www.rc.com       STAM1-760856-1

```
              Gina B. Hodges, RPR, CT Lic. #00284
                       34A Bayne Street
                      Norwalk, CT  06851
                        (203) 847-2590
                     Fax  (203) 847-2590
                       SS# 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
                E-Mail Address   JRGina@aol.com
```

TO:     JOSEPH L. CLASEN, ESQ.
        Robinson & Cole
        Financial Centre
        695 East Main Street
        Stamford, CT   06904-2305

                                    May 30, 2004

Appearance Fee:    $80.00
                                RE:
                                Deposition of Bruce E. Koenig
                                Held on: May 25, 2004
                                In the Matter of:
                                Sever v. Glickman, Delcath
                                Systems, Inc., and Feldman

Transcript fee:  $175.00 for one original and one copy

Subtotal:      $255.00
CT TAX:        $ 15.30

TOTAL AMOUNT DUE:   $270.30

                                            Thank you.

** Interest will accrue at a rate of 1.5% per month after
   30 days.