# ROBINSON & COLE LLP

THOMAS J. DONLON

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
tdonlon@rc.com
Direct (203) 462-7549

Also admitted in New York
and Michigan

August 9, 2004

**FEDERAL EXPRESS**

Peter Paul Mitrano, Esq.
581 Boylston Street
Suite 201
Boston, MA 02116

Re: **Sever v. Glickman, et al**
**Docket No.: 3:02CV722 (AVC)**

Dear Mr. Mitrano:

As I pointed out in my letter of July 2, 2004, pursuant to Judge Covello's Order On The Plaintiff's Motion For Leave To Call Rebuttal Witness, dated April 29, 2004, the plaintiff is responsible for all costs arising out of the deposition of the plaintiff's rebuttal expert, Mr. Koenig. As my July 2, 2004 letter stated, those costs total $2,920.30.

I also raised this matter with you during the trial, at which time you stated you intended to respond in writing.

Over two weeks have passed since the trial, and our firm has not been paid. We wish to resolve this matter without returning to the Court. However, if we do not receive payment within ten (10) days by August 19, 2004, we will be forced to seek the Court's enforcement of its earlier order.

Sincerely,

Thomas J. Donlon

TJD/sj

*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK
SARASOTA

www.rc.com      STAM1-763061-1