*Law Offices*
*Peter Paul Mitrano*

*Peter Paul Mitrano*
ADMITTED AS AN ATTORNEY
IN MASSACHUSETTS,
NEW HAMPSHIRE, VIRGINIA
AND WASHINGTON, D.C.

REGISTERED PATENT ATTORNEY
BEFORE THE UNITED STATES
PATENT AND TRADEMARK OFFICE

REGISTERED PROFESSIONAL
ENGINEER ONLY IN VIRGINIA

*Suite 201*
*581 Boylston Street*
*Boston, Massachusetts 02116*

*(617) 236-5655*

August 17, 2004

Joseph L. Clasen, Esquire and
Thomas Donlon, Esquire
Robinson & Cole LLP
Financial Centre
695 East Main Street
Post Office Box 10305
Stamford, Connecticut 06904-2305

        Re: *Sever v. Glickman et al.*; Civil Action No. 3:02cv722 (AVC) pending at Hartford, Connecticut

Dear Gentlemen:

 Please find enclosed a check in the sum of $270.30 for payment of the court reporter that you billed that is being paid under protest with all rights reserved solely as an abundance of caution as a protective measure.

 This letter is also to advise you that Sever is still researching whether Sever is liable for payment of your attorney's fees that you billed. In any event, Sever requests a breakdown as to said attorney's fees.

 This letter is also to request that you advise the undersigned whether or not you are willing to voluntarily pay the expert fees for the expert's time in traveling to the deposition and attending the deposition related to this matter.

            Sincerely,

            Peter Paul Mitrano

Enclosure as stated.