# ROBINSON & COLE LLP

THOMAS J. DONLON

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
tdonlon@rc.com
Direct (203) 462-7549

Also admitted in New York
and Michigan

August 20, 2004

**FEDERAL EXPRESS**

Peter Paul Mitrano, Esq.
581 Boylston Street
Suite 201
Boston, MA  02116

Re:  **Sever v. Glickman, et al**
     **Docket No.:  3:02CV722 (AVC)**

Dear Mr. Mitrano:

I received your letter of August 17, 2004 and enclosed check. I was deeply disappointed that only a small portion of the amount owed was sent.

Regarding the supposed "research" concerning liability for attorney's fees – none is necessary. Judge Covello's Order of April 29, 2004, granting your request for leave to call a rebuttal expert, plainly states "<u>any costs or expenses</u> associated with any party's deposition of the plaintiff's rebuttal expert <u>shall be borne by the plaintiff</u>." (emphasis added). While we have no obligation to provide any documentation of attorney's costs, I have included a statement of the hours and fees incurred by Defendants. Of course, supplying this information does not waive any of Defendants' rights or privileges. Nor is it an invitation to enter into an argument concerning the amount of such fees.

Having provided this information to expedite your payment, I expect to receive such shortly. If I have not received full payment by September 1, 2004, we will file a motion seeking a contempt order. No further partial payments will be accepted.



STAM1-763744-1

Peter Paul Mitrano, Esq.
August 20, 2004
Page 2


As to your request that we pay your expert fees, that is totally contrary to the Judge's Order and we decline to do so.

Sincerely,

*Thomas Donlon*

Thomas J. Donlon

TJD/sj

## Statement of Hours and Fees Incurred by Defendants

| Date | Attorney | Hours | Rate | Fee |
|---|---|---|---|---|
| 05/18/04 | T.J. Donlon | 0.50 | $300.00 | $ 150.00 |
| 05/19/04 | T.J. Donlon | 0.50 | $300.00 | $ 150.00 |
| 05/25/04 | T.J. Donlon | 1.00 | $300.00 | $ 300.00 |
| 05/25/04 | T.J. Donlon | 1.50 | $300.00 | $ 450.00 |
| 05/25/04 | J.L. Clasen | 4.30 | $400.00 | $1,720.00 |