**FILED**

2004 SEP 21 A 10: 26

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK SEVER, JR., | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 3:02CV722 (AVC) |
| v. | : | |
| MORTON G. GLICKMAN, DELCATH SYSTEMS, INC., and STEPHEN E. FELDMAN, | : | |
| Defendants. | : | SEPTEMBER 20, 2004 |

## MOTION FOR CONTEMPT

Defendants, Dr. Morton G. Glickman ("Dr. Glickman"), Delcath Systems Inc. ("Delcath") and Stephen E. Feldman, Esq. ("Feldman") (jointly "Defendants"), respectfully move, pursuant to Local Rule 7(a), that this Court find Plaintiff Frank Sever, Jr. ("Plaintiff") in contempt for failure to obey an earlier order of this Court.

In support of this motion, Defendants respectfully represent as follows:

1. Plaintiff sought leave of court to call a rebuttal expert at trial after discovery had closed and after the Joint Trial Memorandum had been submitted.

2. Over Defendants' objection this Court granted Plaintiff's request.

---

3:02CV722(AVC). October 14, 2004. The defendants' motion for contempt (document no.193) is DENIED without prejudice to its refiling, if desired, after the United States Court of Appeals for the Second Circuit has completed its review.
SO ORDERED.

Alfred V. Covello, U.S.D.J.