D.Conn. /NHCT
02-cv-722
Covello, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

FILED
2005 MAR -7 P 3: 01
U.S. DISTRICT COURT
NEW HAVEN CT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 2nd day of March two thousand and five,

Present:
> Hon. Guido Calabresi,
> Hon. José A. Cabranes,
> Hon. Rosemary S. Pooler,
>     *Circuit Judges*.



---

Frank Sever, Jr.,

> Plaintiff-Counter-Defendant-
> Appellant,

v.                                                                04-4682-cv

Morton G. Glickman, et al.,

> Defendants-Counter-Claimants-
> Appellees.

---

Peter P. Mitrano, counsel for Frank Sever, moves for pro hac vice admission to argue the present appeal. Upon due consideration, it is ORDERED that Mitrano's motion for pro hac vice admission is granted, with the understanding that his conduct will comply with the ethical standards of this Court. See Fed. R. App. P. 46(a)(1); 2d Cir. Local Rule 46(a), (d); cf. In re Rappaport, 558 F.2d 87, 89 n.5 (2d Cir. 1977). Mitrano is advised that should he wish to seek permanent admission to this Court's bar, he must do so by application upon completion of the present appeal. See 2d Cir. Local Rule 46(a), (d).

>                    FOR THE COURT:
>                    Roseann B. MacKechnie, Clerk
>
>                    By *Lucille Carr*
>
>                    A TRUE COPY
>                    Roseann B. MacKechnie, CLERK
>
>                    by *Jammay Martinez*
>                              DEPUTY CLERK

SAO-zdk

CERTIFIED: 3-2-05