*CTDC/NHCT*
*02-CV-722*
*COVELLO*

# UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT
**Thurgood Marshall United States Courthouse**
**40 Centre Street, Foley Square**
**New York, NY 10007**

Roseann B. MacKechnie
    Clerk

Docket No. 04-4682-cv

---

Sever  v.  Glickman

---

## ORDER

The Federal Circuit having accepted jurisdiction over this appeal as informed by appellant counsel's letter dated November 29, 2005,

IT IS HEREBY ORDERED that this appeal is dismissed as moot in accordance with this court's order dated December 3, 2004.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by:

12-8-05
Date

Arthur M. Heller
Motions Staff Attorney

**A TRUE COPY**
**Roseann B. MacKechnie, CLERK**

by _Tammy L. Martinez_
**DEPUTY CLERK**

CERTIFIED 12-9-05